1

25

**HON. ROSANNA MALOUF PETERSON**

James E. Baker
Jerry Moberg & Associates, P.S.
P.O. Box 130 – 124 3rd Avenue S.W.
Ephrata, WA 98823
jbaker@jmlawps.com
Phone: (509) 754-2356
Fax: (509) 754-4202
Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE QUEZADA, | No. 2:18-cv-00118-RMP |
| Plaintiff, | **DECLARATION OF SUSAN DRIVER** |
| v. | |
| CITY OF ENTIAT and SUSAN DRIVER, individually, | |
| Defendants. | |

The undersigned states:

1.    I am a Defendant in this action, I am competent to testify and I make these statements on personal knowledge.

2.    Before this lawsuit was removed to federal court, I signed a declaration dated March 1, 2018 that was filed in the state court action. My declaration filed in the state court was true and correct. My declaration, together with Exhibits A-F to my declaration, is attached as **Exhibit 1** and incorporated by reference.

T:\WPWIN\Entiat\Quezada v City of Entiat (CIAW)\Pleadings - Misc\459723.doc
DECLARATION OF SUSAN DRIVER -- Page 1 of 3

**Jerry Moberg & Associates, P.S.**
P.O. Box 130 ✧ 124 3rd Ave S.W.
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

26

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 24 day of May, 2018 at East Wenatchee, WA.

_____
SUSAN DRIVER

\\Legal-main\LawData\WPWIN\Enllat\Quezada v City of Enllat (ClAW)\Pleadings - Misc\459723.doc
DECLARATION OF SUSAN DRIVER -- Page 2 of 3

**Jerry Moberg & Associates, P.S.**
P.O. Box 130 ✧ 124 3rd Ave S.W.
Ephrata, WA 98823
(509) 754-2356 / Fax (509) 754-4202

27

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court

using the CM/ECF System which will send notification of such filing to:

Corey M. Kane, attorney for Plaintiff
corey@lacykane.com

DATED this 8th day of June, 2018 at Ephrata, WA.

JERRY MOBERG & ASSOCIATES, P.S.

_s/ James E. Baker_
JAMES E. BAKER, WSBA No. 9459
Attorneys for Defendants

T:\WPWIN\Entiat\Quezada v City of Entiat (CIAW)\Pleadings - Misc\459723.doc
DECLARATION OF SUSAN DRIVER -- Page 3 of 3

**Jerry Moberg & Associates, P.S.**
P.O. Box 130 ✦124 3rd Ave S.W.
Ephrata, WA 98823
(509) 754-2356 / Fax (509) 754-4202

28

# EXHIBIT A

29



Jose Quezada
PO Box 652
Entiat, WA 98822

February 10, 2015

Mr. Quezada:

Thank you for your interest in the Park Supervisor position at the City of Entiat. After reviewing applicants and completing interviews, we have decided to offer you the position. Starting wage for this position would be $3000/month additional pay depending on completion of certifications and satisfactory performance during the initial six month probationary period

The City offers retirement through the State of Washington Department of Retirement Services; medical, dental (with orthodontia), vision, and life insurance; paid holidays; 8 hours per month accrual of sick leave and 8 hours per month accrual of vacation time; and a personal holiday. You will be eligible for health insurance benefits after your first full month of employment.

The work hours may vary and will be determined by your immediate supervisor, Mike Herdt, Public Works Director.

Please sign and date below and return this letter to City Hall with the accompanying HR documents if you would like to accept this position offer.

Sincerely,

Keith Vradenburg, Mayor                    Jose Quezeda

Official Start Date: March 2, 2015

Claims File 4040 000079

30

# EXHIBIT B

**CITY OF ENTIAT**
**RECEIPT OF PERSONNEL POLICIES**

All employees should read the following; then sign, date and return the form to the City Clerk. The form will be placed in the employee's personnel file.

Enclosed are the City of Entiat's personnel policies. It is your responsibility to read these policies, as they will acquaint you with your employee benefits, our personnel practices and rules, and some organizational philosophy.

It is important to understand that these policies do not create an employment contract or a guarantee of employment of any specific duration between the City and its employees. Although we hope that your employment relationship with us will be long term, we recognize that at times things do not always work out as hoped, and either of us may decide to terminate the employment relationship.

As the City grows and changes, personnel policies may change. The City, therefore, reserves the right to revise, supplement, clarify or rescind any policy or portion of a policy when deemed appropriate by the Mayor. You will be notified of any such changes.

Please also understand that no supervisor, manager or representative of the City other than the Mayor has the authority to make any written or verbal statements or representations which are inconsistent with these policies.

I hereby consent to deduction from my final paycheck of any amounts advanced to me that remain unearned when my employment with the City ends, including unearned vacation leave.

If you have any questions about these policies or any other policies of the City, please feel free to ask the City Clerk or the Mayor.

I have read and understand the statement above.

_____
Employee Signature

Jose    Quezada
Employee Printed Name

3-7-15
Date

*(Return one signed copy of this form to City Clerk.)*

Revised September 7, 2012

1

Claims File 4040 000098

32

## CHAPTER 1
## PURPOSE AND SCOPE

### 1.1    INTRODUCTION

These personnel policies serve as a general guide to the City's current employment practices and procedures. As such, we hope they will help you better understand how the City operates and what is expected of you as an employee. These policies also describe what the City provides you in terms of compensation, benefits and other support.

The City places the highest value on our employees and their well being. We want to see that you are a satisfied worker, with the support necessary to achieve the objectives of your position. Only in this manner can your contribution to the City organization be the most productive.

It is our belief that when consistent personnel policies are known and communicated to all, the choices for greater job satisfaction increase. We encourage you to read these policies. If you have any questions, please ask your supervisor or the City Clerk. As you have ideas or suggestions for improvement, please do the same.

### 1.2    INTENT OF POLICIES

These policies are not intended to be a contract, express or implied, or any type of promise or guarantee of specific treatment upon which you may rely, or as a guarantee of employment for any specific duration. Although we hope that your employment relationship with us will be long term, we recognize that things may not always work out as hoped, and either of us may decide to terminate the employment relationship. Please understand that no supervisor, manager or representative of the City other than the Mayor has the authority to enter into any agreement with you for employment for any specified period or to make any written or verbal commitments contrary to the foregoing.

### 1.3    SCOPE OF POLICIES
These personnel policies apply to all City employees. In cases where these policies conflict with any City ordinance, state or federal law, the terms of that law or agreement prevail. In all other cases, these policies apply.

### 1.4    CHANGING THE POLICIES

As the need arises, the Mayor may modify these policies, except that the City Council, by ordinance, shall enact any changes in compensation or benefit levels. The Mayor may deviate from these policies in individual situations, particularly in an emergency, in order to achieve the primary mission of serving the City's citizens. Employees may request specific changes to these policies by submitting suggestions to their supervisor.

Revised September 7, 2012

Claims File 4040 000099

33

## 1.5    DEFINITIONS

Supervisor:  An employee who is responsible for directing one or more departments.

Immediate Family:  Includes the employee's parents, spouse, domestic partner, child, brother or sister, mother or father-in-law, son or daughter-in-law, grandparent, grandchild, or other relative who lives in the employee's home.

Regular Full-Time Employee:  An employee who has successfully completed a trial period as defined in these policies and who regularly works a minimum of forty (40) hours a week.  This employee is employed over 90 hours per month in 6 or more months of the calendar year, January – December, and is entitled to all benefits and employee privileges provided by the City of Entiat.

Part-Time Employee:  An employee who has successfully completed a trial period as defined in these policies and who regularly works less than forty (40) but at least twenty (20) hours a week.  This employee is normally scheduled to work under 90 hours per month and is paid by the hour for hours worked.  Benefits for part time employees are limited to employer contribution to Social Security, Labor & Industries Workers Compensation, and unemployment insurance.  If a part time employee exceeds 90 hours per month for 6 months or more in a calendar year, the following changes apply:  (1) Pay remains by the hour for hours worked; (2) Benefits are as above, plus enrollment in PERS retirement, and Medical/Dental insurance on a pro-rated basis.  This means the City will pay employer's share of retirement plan, and will pay a percentage toward the employee's medical/dental insurance, based on the employee's normal work hours compared to a full time 40 hr. week; (3) Vacation and sick leave may be accrued at a percentage of accrual used for full time employees as explained for medical/dental coverage.

Temporary/Seasonal Employee:  Temporary Employees are employees who hold jobs of limited duration due to special projects, abnormal work loads or emergencies. Seasonal Employee positions are positions that are refilled yearly on an ongoing basis (year after year).  Benefits for temporary/seasonal employees are limited to employer contributions for Social Security, Labor & Industries Workers Compensation and unemployment insurance. Both temporary and seasonal positions will be employed for less than 6 months in a calendar year.

Trial Employee:  Employees who have not yet completed their trial period in a regular position and who have not been certified to regular employment status.  Unless otherwise specified, when regular employees are referred to in these policies, they shall include trial employees.

Revised September 7, 2012

Claims File 4040 000100

34

## CHAPTER 2
## GENERAL POLICIES AND PRACTICES

### 2.1    EQUAL EMPLOYMENT OPPORTUNITY POLICY

The City is an equal employment opportunity employer. The City employs, retains, promotes, terminates and otherwise treats all employees and job applicants on the basis of job-related qualifications and competence. These policies and all employment practices shall be applied without regard to any individual's sex, race, color, religion, national origin, pregnancy, age, marital status, or disability.

### 2.2    DISABILITY DISCRIMINATION PROHIBITED

The City will not discriminate against qualified applicants or employees with a sensory, physical or mental disability, unless the disability cannot be reasonably accommodated and prevents proper performance of an essential element of the job. The City will reasonably accommodate qualified individuals with disabilities.

### 2.3    LIFE THREATENING/COMMUNICABLE DISEASES

Employees with life threatening illnesses or communicable diseases are treated the same as all other employees. They are permitted to continue working as long as they are able to maintain an acceptable level of performance and medical evidence shows they are not a threat to themselves or their co-workers. The City will work to preserve the safety of all of its employees and reserves the right to reassign employees or take other job actions, including discharge, when a substantial and unusual safety risk to fellow City employees or the public exists.

### 2.4    ANTI-HARASSMENT POLICY

It is the City's policy to foster and maintain a work environment that is free from discrimination and intimidation. Toward this end, the City will not tolerate harassment of any kind that is made by employees toward co-workers or members of the public. Employees are expected to show respect for each other and the public at all times, despite individual differences.

Harassment is defined as verbal or physical conduct that demeans or shows hostility or aversion toward another employee or members of the public. Examples of prohibited conduct include slurs or demeaning comments to employees or members of the public relating to race, ethnic background, gender, religion, sexual orientation, age, or disability.

See Discrimination Complaint Procedure, Policy 2.6, for guidance on what to do if you experience harassment.

Revised September 7, 2012

4

Claims File 4040 000101

35

## 2.5    SEXUAL HARASSMENT PROHIBITED

Sexual harassment is a form of sex discrimination and is illegal. Sexual harassment is also inappropriate and offensive and will not be tolerated by the City.

Sexual harassment is behavior of a sexual nature which is unwelcome. Examples of sexual harassment include verbal behavior such as unwanted sexual comments, suggestions, jokes, or pressure for sexual favors; non-verbal behavior such as suggestive looks and leering; and physical behavior such as pats or squeezes, or repeatedly brushing against someone's body. Other conduct also may constitute sexual harassment depending upon given facts and circumstances.

Unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct constitute sexual harassment when:

- It is part of a mayor's or supervisor's decision to hire or fire;

  It is used to make other employment decisions like pay, promotion, or job assignments.

- It creates an intimidating, hostile, or offensive work environment.

Employees engaging in improper harassment are subject to discipline, including termination. See Discrimination Complaint Procedure, Policy 2.6, for guidance on what to do if you experience sexual harassment.

## 2.6    DISCRIMINATION COMPLAINT PROCEDURE – Res. 289 – 8-15-03

Each member of management is responsible for creating an atmosphere free of discrimination and harassment, sexual or otherwise. Further, employees are responsible for respecting the rights of their co-workers and others, including the citizens they serve. The following procedure outlines the steps to follow if you believe you have experienced harassment or discrimination on the job.

Should you believe that you have been harassed or are the victim of discrimination, you should discuss your concern immediately with the Mayor or a supervisor. If you believe you have suffered harassment from the Mayor and your supervisor is the Mayor, you should discuss your concern with the Mayor Pro Tem or a Council Member. No employee will suffer retaliation for reporting such concern. To the extent possible, complaints will be handled confidentially.

If an investigation shows the accused employee did engage in improper harassment or discrimination, appropriate action will be taken, as in the case of any other serious employee

Revised September 7, 2012

5

Claims File 4040 000102

36

misconduct. Such actions may include warnings, verbal and/or written reprimands, a letter to the employee's file or, an employee transfer, demotion, suspension or termination.

### 2.7    EMPLOYEE PERSONNEL RECORDS

A personnel file for each employee is kept in the Clerk's office. An employee's personnel file contains the employee's name, title and/or position held, job description, department to which the employee is assigned, salary, changes in employment status, training received, performance evaluations, personnel actions affecting the employee, including discipline, and other pertinent information. Medical information about employees is contained in a separate confidential file.

Employees have the right to review their files. An employee may request removal of irrelevant or erroneous information in his/her personnel file. If the City denies an employee's request to remove the information, the employee may file a written rebuttal statement to be placed in his/her file.

Personnel files are kept confidential to the maximum extent permitted by law. Except for routine verifications of employment, no information from an employee's personnel file will be released to the public, including the press, without a written request for specific information.

### 2.8    EMPLOYMENT REFERENCES

Only the Mayor or supervisor will provide employment references on current or former City employees. References will be limited to verification of employment and salary unless the employee has completed a written waiver and release.

Revised September 7, 2012

6

Claims File 4040 000103

37

## CHAPTER 3
## RECRUITING AND HIRING

### 3.1   RECRUITING

Recruiting practices are conducted solely on the basis of ability, merit, qualifications and competence, without regard to race, color, religion, national origin, sex, marital status, pregnancy, physical handicap, disability or age.

Each applicant shall complete and sign an application form prior to being considered for any position. Resumes may supplement, but not replace, the City's official application.

Any applicant supplying false or misleading information is subject to immediate termination, if hired.

### 3.2   HIRING

When a position becomes vacant and prior to any posting or advertisement of the vacancy, the Mayor shall review the position, its job description and the need for such a position. The position will be posted and/or advertised only after the Mayor has approved the request.

The City may administer pre-employment examinations to test the qualifications and ability of applicants, as determined necessary by the City. The City may contract with any agency or individual to prepare and/or administer examinations. The City may also conduct certain background procedures as required by law. Examples of such procedures include: requiring applicants/employees to show proof they are authorized to work in the United States and requiring applicants/employees who have unsupervised access to children or developmentally disabled adults to complete a disclosure statement.

Residency within the City shall not be a condition of initial appointment or continued employment; provided, however, that an employee's selection of residence shall not interfere with the daily performance of his/her duties and responsibilities.

Applicants for positions in which the applicant is expected to operate a motor vehicle must be at least 18 years old and will be required to present a valid Washington State driver's license with any necessary endorsements. Driving records of applicants may be checked. Applicants with poor driving records, as determined by the City, may be disqualified for employment with the City in positions requiring driving.

After an offer of employment has been made and prior to commencement of employment, the City may require persons selected for employment to successfully pass a medical examination, which may include testing for alcohol and controlled substances. The purpose of the examination is to determine if the individual is physically able to perform the job and to ensure

Revised September 7, 2012

Claims File 4040 000104

38

his/her physical condition will not endanger the health, safety or well-being of other employees or the public. Pre-employment medical examinations will be required of everyone in the same job category not just those persons who may be disabled. The offer of employment may be conditioned on the results of the examination.

A candidate may be disqualified from consideration if: (1) found physically unable to perform the duties of the position (and the individual's condition cannot reasonably be accommodated in the workplace); (2) the candidate refuses to submit to a medical examination or complete medical history forms; or [(3) if the exam reveals inappropriate use of alcohol and or unlawful use of controlled substances].

## 3.3    TEMPORARY/SEASONAL EMPLOYEES

Supervisors may use temporary employees to temporarily replace regular employees who are on vacation or other leave, to meet peak work load needs, or to temporarily fill a vacancy until a regular employee is hired. Temporary employees may be hired without competitive recruitment or examination, although all hiring processes must comply with state and federal laws. Seasonal employee positions must be advertised locally for competitive recruitment, when the employee is not a rehire.

Compensation/Benefits: Temporary/Seasonal employees are eligible for overtime pay as required by law. Temporary/Seasonal employees do not receive retirement, vacation, sick leave, health insurance, holidays or any other benefits during their employment.

Temporary/Seasonal employees pay contributions to the Social Security system, as does the City on their behalf. Temporary/Seasonal employees will not be enrolled in the state PERS retirement system, although there are a few exceptions depending on PERS eligibility criteria.

## 3.4    TRIAL PERIOD

Upon hire or appointment, all employees enter a trial period that is considered an integral part of the selection and evaluation process. The trial period is designed to give the employee time to learn the job and to give the supervisor time to evaluate whether the match between the employee and the job is appropriate. The normal trial period is three months from the employee's date of hire, rehire or promotion. The Mayor may authorize the supervisor to extend the trial period for up to an additional three (3) months. An extension may be granted due to circumstances such as an extended illness or a continued need to evaluate an employee's performance. Once the trial period is successfully completed, the employee may be certified to regular employment status. Satisfactory completion of the trial period does not create an employment contract or guarantee employment with the City for a specified duration.

Use of Sick Leave/Vacation During Trial Period: Trial employees may use their accrued sick leave from the beginning of their employment, but may not use earned vacation until they have

Revised September 7, 2012

Claims File 4040 000105

39

successfully completed their trial period.

## 3.5    EMPLOYMENT OF RELATIVES (NEPOTISM)

The immediate family of current city employees and City Council members will not be employed by the City where:

(1)    One of the parties would have authority (or practical power) to supervise, appoint, remove, or discipline the other;

(2)    One party would handle confidential material that creates improper or inappropriate access to that material by the other;

(3)    One party would be responsible for auditing the work of the other; or

(4)    Other circumstances exist that might lead to potential conflict among the parties or conflict between the interest of one or both parties and the best interests of the City.

Change in Circumstances: If two employees marry, become related or begin sharing living quarters with one another, and in the City's judgment, the potential problems noted above exist or reasonably could exist, only one of the employees will be permitted to stay with the City, unless reasonable accommodations, as determined by the Mayor can be made to eliminate the potential problem. The decision as to which employee will remain with the City must be made by the two employees within thirty (30) calendar days of the date they marry, become related, or begin sharing living quarters with each other. If no decision is made during this time, the City reserves the right to terminate either employee.

## 3.6    PROMOTIONS

The City encourages promotion from within the organization whenever possible. All openings will be posted so that employees may become aware of opportunities and apply for positions in which they are interested and qualified.
Before advertising a position to the general public, the Mayor may choose to circulate a promotional opportunity within the City.
The City reserves the right to seek qualified applicants outside of the organization at its discretion.
All openings will be posted on the City bulletin board. To be considered for promotion, an employee must be employed in their position for at least six (6) months, and meet the qualifications for the vacant position.

New Trial Period: After promotion to a new position, a new trial period of three (3) months must be completed, unless waived or reduced by the supervisor. In the case of unsatisfactory performance in a promotional situation, the employee may be considered for transfer back to the previous position held by the employee.

Revised September 7, 2012

9

Claims File 4040 000106

40

## CHAPTER 4
## HOURS AND ATTENDANCE

### 4.1    WORKING HOURS

A normal working schedule for regular, full-time employees consists of forty (40) hours each work week. Different work schedules, such as in the case of public works employees, may be established by the City to meet job assignments and provide necessary City services. Each employee's supervisor will advise the employee regarding his/her specific working hours. Part-time and temporary employees will work hours as specified by their supervisors.

### 4.2    HOURS OF WORK AND OVERTIME

All City full time positions are designated as either "exempt" or "non-exempt" according to the Fair Labor Standards Act ("FLSA") and Washington Minimum Wage Act regulations. You will be informed of your status by the City.

For most City employees, the established work period is forty (40) hours within a seven (7) day work week. All personnel are responsible for accurately reporting all hours worked on forms supplied by the City. Employees failing to accurately record time worked are subject to discipline.

Non-exempt employees are entitled to additional compensation, either in cash or compensatory time off, when they work more than the maximum numbers of hours during a work period. All overtime must be authorized in advance by the employee's supervisor. Overtime pay is calculated at one and one-half times the employee's regular rate of pay for all time worked beyond the established work period. When computing overtime, time paid for but not worked (e.g., holidays, sick leave and vacation time), is counted as hours worked.

Exempt employees are not covered by the FLSA or Washington Minimum Wage Act overtime provisions and do not receive either overtime pay or compensatory time in lieu of overtime pay. An exempt employee is paid to perform a job which may not necessarily be completed in a normal work week. In recognition of the extra time demands of certain exempt positions, informal paid leave may be taken, as mutually agreed upon by the employee and the Mayor.

### 4.3    COMPENSATORY TIME -- Res. 289 -- 8-15-03

Non-exempt employees entitled to overtime pay may request compensatory time off instead of cash payment. This is approved on a case-by-case basis by the department supervisor. The City is not required to grant comp time instead of overtime pay. If the compensatory time option is exercised, the employee is credited with one and one-half times the hours worked as overtime. Maximum accruals of compensatory time shall be limited to forty (40) hours for regular employees. After maximum accrual, overtime compensation shall be paid in cash.

Employees may use compensatory time within a reasonable time period after making a request to their supervisor, unless doing so would unduly disrupt City operations. Compensatory time should be used for short term absences from work during times mutually agreed to by the

Revised September 7, 2012

Claims File 4040 000107

41

employee and his/her supervisor. Accumulation of compensatory time to be used as a substitute for extended vacation time off is not normally permitted.

Employee comp time balances may be reviewed at least monthly as part of the City's budget process.

## 4.4 ATTENDANCE

Punctual and consistent attendance is a condition of employment. Each supervisor is responsible for maintaining an accurate attendance record of his/her employees.

Employees unable to work or unable to report to work on time should notify their supervisor as soon as possible, ordinarily before the work day begins or within thirty (30) minutes of the employee's usual starting time. If an absence continues beyond one day, the employee is responsible for reporting in each day. If the supervisor is unavailable, the employee may leave a message with the Mayor or his/her designated representative stating the reason for being late or unable to report for work.

An employee who is absent without authorization or notification is subject to disciplinary action, including possible termination.

## 4.5 UNUSUAL WEATHER CONDITIONS

During times of inclement weather or natural disaster, it is essential that the City continue to provide vital public services. Therefore, it is expected that employees make every reasonable effort to report to work without endangering their personal safety.

An employee who is unable to get to work or leaves work early because of unusual weather conditions may charge the time missed to: vacation, floating holiday, compensatory time, or leave without pay. The employee shall advise the supervisor by phone as in any other case of late arrival or absence.

## 4.6 BREAKS AND MEAL PERIODS

Employees are required one (1) fifteen-minute break for every four hours worked. All breaks shall be arranged so that they do not interfere with City business or service to the public. Meal periods shall be scheduled by the employee's supervisor. The scheduling of meal periods may vary depending on department workload. Meal periods are unpaid and not to exceed one hour in length unless authorized by immediate supervisor.

## 4.7 CALL BACK

All employees are subject to call back, if reasonably available, in emergencies or as needed by the City to provide necessary services to the public. A refusal to respond to a call back, if reasonably available, is grounds for immediate disciplinary action, including possible termination. Employees called back to duty will be paid their appropriate rate of pay for hours

Revised September 7, 2012

11

Claims File 4040 000108

42

worked (the overtime rate for hours worked over the applicable overtime threshold). Although subject to call back, employees are not "on call" and are not restricted in any way as to their off work activities or travel out of the area.

## 4.8   PAYROLL RECORDS

The official payroll records are kept by the City Clerk. Each supervisor shall turn in on a weekly basis a signed work record for each employee within their department, noting hours worked, leave taken and overtime worked. The Mayor shall sign work records for supervisors.

## 4.9   TRANSFERING SALARY TO HOURLY RATE

To compute rate for overtime, and when an employee works less than a full pay period, the monthly salary rate must be converted into an hourly rate. A partial pay period often occurs when an employee is first hired and at separation from employment. The following formula is used to establish an hourly pay rate for salaried employees:

Monthly rate times by months in the year   =   annual wage

Annual Wage divided by work hours in year   =   hourly rate
            2080 hrs. for 40 hr. week

Notice that the work hours in year are for a full 52 week year. No hours are taken out for vacation or holiday time assumption, as these are also paid for qualified permanent employees. The above formula is as approved and recommended by the Washington State Department of Labor & Industries.

Revised September 7, 2012

Claims File 4040 000109

43

## CHAPTER 5
## COMPENSATION

### 5.1    SALARY CLASSIFICATION AND GRADES

Each job title within the City is classified into one of the City's classifications for salary purposes. Each classification is designated a particular salary or salary range shown on the City's salary and wage schedule, which is approved annually by the City Council.

### 5.2    EMPLOYEE PAY RATES

Salary rates for employee positions will be agreed to at the time of appointment. After the completion of the probationary period for a permanent on-going position, each employee will be evaluated by the Immediate Supervisor. Position salary may be adjusted from probationary to base rate at this evaluation. If evaluation is non-positive, and probation is extended, salary adjustment may be either granted or extended with the probation, at the discretion of the Mayor.

Pay increases are contingent on satisfactory performance. If an employee's performance is consistently unsatisfactory, the supervisor may defer a scheduled pay increase for a stipulated period of time or until the employee's job performance is satisfactory.

The Mayor may propose and the City Council may grant an across-the-board pay adjustment (cost-of-living increase) from time to time, raising the salaries of all positions by a specified amount within a defined group of classifications. Such adjustments, if any, will not change an employee's pay anniversary date.

### 5.3    PAYDAYS

All monthly, hourly and part time personnel shall be paid on the last working day of the month, with an optional draw available on the 15th day of the month. If a regularly scheduled payday falls on Saturday or Sunday, pay checks will be distributed on Friday.

Park Dept. employees will work as scheduled during the peak operating season of the park, (May through mid-October or as set by the City Council) to provide coverage at the park between 6 am and 10 pm, and through the night on major weekends, and will be paid according to the above mentioned pay schedule.

Revised September 7, 2012

Claims File 4040 000110

44

## 5.4    DEDUCTIONS    Res. 290    Nov. 13, 2003

Some regular deductions from the employee's earnings are required by law; other deductions are specifically authorized by the employee. The City will withhold from the employee's paycheck those deductions required by law and any voluntary deductions authorized by the employee, by applicable union contract, or by statute.

Deductions made from an employee's gross pay are:

- Federal Income Tax (Withholding)
- Social Security (FICA)
- Labor & Industries Workman's Compensation (L&I)
- Employee PERS contribution (permanent, full-time and permanent part-time over 90 hours per month
- Medical/Dental/Vision/Life Insurance over authorized limit set by City Council
- Optional draws against payroll up to but not to exceed 40% of Net Pay
- Credit Union or bank automatic deposits or loan payments (if requested)

## 5.5    TRAVEL AWAY FROM THE CITY

All travel away from the City must be approved in advance by the Mayor. If private automobiles are used, employees will be reimbursed at the current state rate per mile. The City may purchase tickets in advance for employees traveling by common carrier. All employees shall travel in tourist class whenever possible, unless other lower rates can be obtained.

## 5.6    TRAVEL EXPENSE REIMBURSEMENT

City employees will be reimbursed for reasonable and customary expenses actually incurred in connection with the business of the City, including food, lodging and travel expenses while away, but excluding any expenses for alcoholic beverages. Expense requests must be approved by the Mayor.

Requests for reimbursement, including receipts, shall be submitted on an expense report form signed by the employee and his/her supervisor.

## 5.7    COMPENSATION UPON TERMINATION

When an employee's employment with the City is terminated, the employee will receive the following compensation on the next regularly scheduled payday:

(1)    Regular wages for all hours worked up to the time of termination which have not already been paid.
(2)    Any overtime or holiday pay due.
(3)    A lump sum payment of any accrued but unused vacation and compensatory time.

Revised September 7, 2012

14

Claims File 4040 000111

45

## CHAPTER 6
## PERFORMANCE EVALUATIONS AND TRAINING

### 6.1    PERFORMANCE EVALUATIONS

To achieve the City's goal to train, promote and retain the best qualified employee for every job, the City conducts periodic performance evaluations for all positions. The Mayor is responsible for developing and maintaining the City's performance evaluation program. Employees are to be evaluated by the Department Supervisor prior to completion of their trial period and usually once every 12 months thereafter. Department Supervisors and City Planner will be evaluated by the Mayor usually once every 12 months.

The evaluation is part of an employee's personnel record and may be a factor in determining the employee's conversion to regular status, whether the employee receives a wage increase, or is to be promoted, transferred, demoted, laid off, or terminated.

### 6.2    TRAINING POLICY

The City seeks, within the limits of available resources, to offer training to increase an employee's skill, knowledge and abilities directly related to City employment, to obtain or maintain required licenses and certifications, and to develop staff resources. Opportunities may include but are not limited to: on-the-job training, in-house workshops, and seminars sponsored by other agencies or organizations.

Revised September 7, 2012

Claims File 4040 000112

46

**CHAPTER 7**
**BENEFITS**

## 7.1    RETIREMENT BENEFITS

The City makes contributions on behalf of all eligible employees to the Social Security System in addition to those contributions made by the employee through FICA payroll deductions.

All regular full-time and eligible part-time employees are covered under the Public Employees Retirement System (PERS). Eligibility, benefit levels and contribution rates are determined by the State of Washington.

Employees intending to retire should notify their supervisor of their intent to retire at least three months prior to the date of retirement.

## 7.2    DISABILITY BENEFITS (WORKERS COMPENSATION)

All employees are covered by the State Workers' Compensation Program. This insurance covers employees in case of on-the-job injuries or job-related illnesses. For qualifying cases, State Industrial Insurance will pay the employee for work day's lost and medical costs due to job-related injuries or illnesses. All job-related accidents should be reported immediately to the supervisor.

When an employee is absent for one or more days due to an on-the-job accident, he/she is required to file a claim for Workers' Compensation. If the employee files a claim, the City will continue to pay (by use of the employee's unused sick leave) the employee's regular salary pending receipt of Workers' Compensation benefits.

Coordination of Benefits:  When the employee receives Workers' Compensation benefits, he/she is required to repay to the City the amount covered by Workers' Compensation and previously advanced by the City. This policy is to ensure that employee will receive prompt and regular payment during periods of injury or disability so long as accrued sick leave is available, while ensuring that no employee receives more than he/she would have received had the injury not occurred. Upon the repayment of funds advanced, the appropriate amount of sick leave shall be restored to the employee's account. The City may require an examination at its expense, performed by a physician of its choice, to determine when the employee can return to work and if he/she will be capable of performing the duties of the position.

Revised September 7, 2012

16

Claims File 4040 000113

47

### 7.3    HEALTH INSURANCE BENEFITS

Regular full-time employees and their dependents are eligible to participate in the City's insurance program on the first day of the month following employment. The program and criteria for eligibility will be explained upon hire. The City contributes toward the cost of premiums in the amounts authorized by the City Council. The remainder of the premiums, if any, shall be paid by the employee through payroll deduction. The City reserves the right to make changes in the provisions of this program when deemed necessary or advisable, with prior notice to affected employees.

Part time employees working at least twenty (20) hours per week, in the Finance and Administration and the Public Works Dept., excluding Parks, are eligible for health insurance benefits, with the City paying ½ the rate of full time employee rate; toward total benefit cost.

Temporary and seasonal employees will not be eligible for insurance coverage.

### 7.4    CONTINUATION OF INSURANCE COVERAGE

Workers Compensation Leave:  An employee receiving Workers Compensation benefits continues to accrue vacation leave and sick leave for up to six (6) months. The City also continues to pay for the employer's portion of health insurance premiums, provided that the employee continues to pay their share of premiums, if any. After six (6) months, the employee's benefits shall cease unless the Mayor makes an exception based on the criteria stated in Section 1.4 of these policies. The employee may continue health care benefits by self-paying insurance premiums for the remainder of the time he/she receives Workers Compensation benefits.

COBRA Rights:  Upon an employee's termination from City employment or upon an unpaid leave of absence, at the employer's option and expense, the employee may be eligible to continue City health insurance benefits to the extent provided under the federal COBRA regulations. An administrative handling fee over and above the cost of the insurance premium may be charged the employee or his/her dependents who elect to exercise their COBRA continuation rights.

Termination, Retirement, Leave of Absence:  For eligible employees who terminate, retire or are on an approved leave of absence, the City and eligible employee will pay the usual and next month's premium to allow for another full month's insurance coverage, provided that the employee is on paid status for the first ten (10) working days of an employment month.

### 7.5    UNEMPLOYMENT COMPENSATION
City employees may qualify for State Unemployment Compensation after termination from City employment depending on the reason for termination and if certain qualifications are met.

Revised September 7, 2012

17

Claims File 4040 000114

48

## CHAPTER 8
## LEAVES

**8.1   VACATION LEAVE**      Res. 290      Nov. 13, 2003

Each regular full-time employee is entitled to vacation leave as follows:

| Years of Employment | Vacation Hours Earned | |
|---|---|---|
| 0-1 year | 8 hours/month | 96 hours/annual |
| 1-5 years | 10 hours/month | 120 hours/annual |
| 5-10 years | 12 hours/month | 144 hours/annual |
| 10 plus years | 14 hours/month | 168 hours/annual |
| | | |
| Maximum accumulative, any time | | 160 hours/annual |

Employees earn hours of annual leave for their first month of employment if they are placed on the payroll on or before the 15th day of the month and actually work continuously through the rest of that month.  Terminating employees do not receive leave credit for the month in which they terminate unless they actually work continuously through the 15th of that month. Temporary/Seasonal employees are not eligible for any vacation benefits.  Employees do not accrue vacation benefits during a leave without pay.  Employees, who work more than six months per year, more than 90 hours per month, will earn vacation leave on a pro-rata basis with Mayor approval.

Each department is responsible for scheduling its employees' vacations without undue disruption of department operations.  Leave requests shall be submitted at least two weeks prior to taking vacation leave.  The City suggests, after 1 year of employment, that each employee use at least 40 hours of vacation each year.

The maximum number of vacation hours which may be accumulated at any time is 160 hours.  In cases where City operations have made it impractical for an employee to use vacation time, the supervisor with the approval of the Mayor may authorize additional accumulative hours. Employees will be paid for unused vacation time upon termination of employment.

Revised September 7, 2012

18

Claims File 4040 000115

49

## 8.2    SICK LEAVE

All full-time regular employees accrue sick leave benefits at the rate of eight (8) hours for each calendar month of continuous employment. Employees, who work more than six months per year, more than 90 hours per month, will earn sick leave on a pro-rata basis with Mayor approval.

Temporary employees do not earn sick leave benefits. Employees do not accrue sick leave benefits during a leave without pay.

Allowable Uses of Sick Leave: Sick leave covers those situations in which an employee is absent from work due to:

(1)    Employee, Spouse or child/children health condition (illness, injury, physical or mental disability, including disability due to pregnancy or childbirth);
(2)    Medical or dental appointments for the employee, spouse or child/children provided that the employee must make a reasonable effort to schedule such appointments at times which have the least interference with the work day;
(3)    Exposure to a contagious disease where on-the-job presence of the employee would jeopardize the health of others;
(4)    Use of a prescription drug which impairs job performance or safety;
(5)    Additional leave beyond bereavement leave for a death in the immediate family, to be authorized by the Mayor.

A doctor's certificate may be required when an employee is absent for a period in excess of three (3) days. The City may also request the opinion of a second doctor at the City's expense to determine whether the employee suffers from a chronic physical or mental condition which impairs his/her ability to perform the job. Employees who are habitually absent due to illness or disability may be terminated if their disability cannot be reasonably accommodated and/or when the employee's absenteeism prevents the orderly and efficient provision of services to the citizens of the City.

Employees who use all their accumulated sick leave and require more time off work due to illness or injury may, with their supervisor's prior approval, request a leave without pay. (See Leave Without Pay Policy.)

Maximum accrual of sick leave hours is 720 hours or 90 days. Employees will be paid 1 day for every 3 days accrued sick leave upon retiring from City of Entiat with 20 years of service.

Revised September 7, 2012

Claims File 4040 000116

50

### 8.3    LEAVE WITHOUT PAY

The Mayor may grant leaves of absence without pay for absence from work not covered by any other type of leave or if other leave balances are exhausted. Examples of situations for which leave without pay may be granted include time off work for personal reasons, such a prolonged illness, parenting, caring for an ill relative, or pursuing an education.

### 8.4    JURY AND WITNESS LEAVE

Jury Duty. The City provides all employees leave for the full period of jury duty service. Regular full-time and part-time employees who have completed their trial period receive paid jury duty leave of up to two weeks each time they are called for jury service. In general, if jury duty extends beyond two weeks in any one instance the additional leave will be unpaid. Exempt salaried employees who are asked to serve longer than two weeks should contact the Mayor to discuss whether further paid leave will be provided. Payment provided by the courts during periods of paid jury duty leave must be turned over to the City, excluding expense reimbursements, such as mileage. You must provide your supervisor with a copy of the jury duty summons as soon as possible after receiving it. Upon completion of jury duty, you are required to provide your supervisor with proof of jury service.

Witness Duty. All employees summoned to testify in court are allowed time off for the period they serve as witnesses. In general, witness duty leave is unpaid unless you are a witness in a case involving the City. For exempt salaried employees, however, salary payment will continue except for full-day absences caused because the employee is a party in a lawsuit. An employee may use comp time or paid vacation time to cover witness duty leave that would be otherwise unpaid.

### 8.5    ADMINISTRATIVE LEAVE

On a case-by-case basis, the City may place an employee on administrative leave with or without pay for an indefinite period of time. Administrative leave may be used in the best interests of the City (as determined by the Mayor) during the pendency of an investigation or other administrative proceeding.

### 8.6    MILITARY LEAVE
We provide all employees leave while performing military service in accordance with federal and state law. Regular full-time receive paid military leave of up to 15 working days per year for military service. In general, if military service extends beyond 15 working days, the additional leave will be unpaid. Exempt salaried employees who serve longer than two weeks should

Claims File 4040 000117

51

contact the Mayor to discuss whether further paid leave will be provided. All employees who are not eligible for paid military leave are provided unpaid leave for a period of their military service. Military service includes active military duty and Reserve or National Guard training. You are required to provide your supervisor with copies of your military orders as soon as possible after they are received. Reinstatement upon return from military service will be determined in accordance with applicable federal and state law.

## 8.7    FAMILY LEAVE

The federal Family and Medical Leave law is applicable only to employers with 50 or more employees. The City complies with the federal Family and Medical Leave Act of 1993 (the FMLA) and all applicable state laws related to family and medical leave. This means that, in cases where the law grants you more leave than our leave policies provide, we will give you the leave required by law.

Family Leave Eligibility: The FMLA provides up to 12 weeks of unpaid, job-protected leave every 12 months to eligible male and female employees for certain family and medical reasons. To be eligible you must have worked for us for a least one year, and for 1,250 hours over the previous 12 months. There also must be at least 50 employees working for us.

Reasons for Taking Leave: Unpaid FMLA leave is granted for any of the following reasons:

- To care for your child after birth or placement for adoption or foster case.
- To care for your spouse, son, daughter or parent who has a serious health condition.
- For a serious health condition that makes you unable to perform the essential functions of your job.

Leave to care for a child after birth or placement for adoption or foster care must be concluded within 12 months of the birth or placement.

Under some circumstances, FMLA leave may be taken intermittently -- which means taking leave in blocks of time, or by reducing your normal weekly or daily work schedule. FMLA leave may be taken intermittently if medically necessary because of a serious health condition. If FMLA leave is for birth or placement for adoption or foster care, use of intermittent leave is subject to our approval.

Substitution of Paid Leave: At your request or ours, certain kinds of paid leave may be substituted for unpaid FMLA leave. Accrued vacation may be substituted for any type of FMLA leave. Accrued sick leave may be substituted only in the circumstances where our policies or state law allow you to use that paid leave. This means, in general, that sick leave may be used only for leave taken because of your own health condition or to care for your child under 18 years of age who has a health condition that requires treatment or supervision.

If you have any sick leave available that may be used for the kind of FMLA leave you are taking,

Revised September 7, 2012

21

Claims File 4040 000118

52

it is our policy that you must use that paid sick leave as part of your FMLA leave. Use of vacation time for FMLA leave, however, is at your option.

If you use paid leave for a purpose for which FMLA leave would be available, it is our policy to designate your paid leave as counting against your FMLA leave allowance. You are required to notify us if you use paid leave for a reason covered by the FMLA so that we may properly account for the leave.

Advance Notice and Medical Certifications: We require that you provide us with advance leave notice, with medical certification of the need for a leave related to a health condition, and with medical certification of your fitness to return to duty after medical leave. Taking leave, or reinstatement after leave, may be denied if these requirements are not met.

You must give us at least 30 days' advance notice of your request for leave if the reason for the leave is foreseeable based on an expected birth, placement for adoption or foster care, or planned medical treatment. If 30 days' notice is not practicable, you must give us notice as soon as practicable, usually within one or two business days of when the need for leave becomes known to you. If you do not give us 30 days' advance notice, and if the need for the leave and the approximate date of the leave were clearly foreseeable by you, we may deny your request for leave until at least 30 days after the date you give us notice.

We require that you provide a medical certification to support a request for leave because of a serious health condition (your own or your child's, spouse's or parent's) whenever the leave is expected to extend beyond five consecutive working days or will involve intermittent or part-time leave. We may require second or third opinions, at our option, at our expense.

We require that you provide a medical certification of your fitness for duty to return to work after a medical leave that extends beyond 10 consecutive working days, that involves a mental disability or substance abuse, or where the medical condition and your job are such that we believe you may present a serious risk of injury to yourself or others if you are not fit to return to work.

Periodic Reporting: If you take leave for more than two weeks, we require that you report to us at least every two weeks on your status and intent to return to work.

Health Insurance: If you are covered by our group health plan (medical, dental or vision), we will continue to provide paid health insurance during FMLA leave on the same basis as during regular employment. But if you don't return to work after the leave, you will be required to pay us back for our portion of the insurance premiums unless your failure to return was beyond your control.

Other Insurance: If you are covered by other insurance plans through us, such as life or disability insurance, those coverage's will continue during paid leave on the same basis as during regular

Revised September 7, 2012

22

Claims File 4040 000119

53

employment. If you take unpaid FMLA leave, you will be responsible during the leave for the premiums you normally pay plus the premiums we normally pay for you. If you don't pay these premiums, we may choose to pay them for you, to keep your coverage from lapsing, but you will be responsible for repaying us whether or not you return to work.

Couples Employed by Us: If both you and your spouse work for us and you request leave for the birth, adoption or foster care placement of a child, to care for a new child, or to care for a sick parent, the total annual FMLA leave available to you as a couple for those purposes is 12 weeks.

Determining Leave Availability: FMLA leave is available for up to 12 weeks during a 12-month period. For purposes of calculating leave availability, the "12-month" period is a rolling 12-month period measured backwards from the date you use any FMLA leave.

Leave Related to Pregnancy. If you take leave for the disability phase of pregnancy or childbirth while you are physically unable to work, this time is counted against your annual 12-week FMLA leave allowance. For example, if you take six weeks of FMLA leave for childbirth to recover from childbirth, you are entitled to only six weeks of FMLA leave after that to care for your new child.

You are entitled to unpaid leave for the full period of your physical disability resulting from pregnancy and childbirth, even if you are disabled for more than 12 weeks, and even if you don't qualify for leave under the federal law.

## 8.8    BEREAVEMENT LEAVE

We provide regular, full-time employees with paid leave for up to three (3) days in the event of the death of an immediate family member.

## 8.9    *SHARED LEAVE PROGRAM*

The Mayor may authorize employees to donate their accrued vacation or sick leave to another City employee who is suffering from or who has an immediate family member suffering from an extraordinary or severe illness, injury, or physical or mental condition which has caused or is likely to cause the employee to take leave without pay or to terminate his/her employment. The following conditions apply:

- To be eligible to donate sick leave, the employee who donates leave must have more than twenty (20) days of accrued sick leave. In no event shall a leave transfer result in the donor employee reducing his/her sick leave balance to less than twenty (20) days. Transfer of leave will be in increments of one day of leave. All donations of leave are strictly voluntary.

Revised September 7, 2012

Claims File 4040 000120

- The employee receiving donated leave shall have exhausted all his/her accumulated vacation, sick leave and compensatory leave.

- While an employee is using shared leave, he or she will continue to receive the same treatment, in respect to salary and benefits, as the employee would otherwise receive if using vacation or sick leave.

## 8.10   HOLIDAYS

The following are recognized as paid holidays for all regular full-time employees who have been employed thirty (30) consecutive days or longer with the City:

| | |
|---|---|
| New Year's Day | January 1 |
| Martin Luther King's Birthday | 3rd Monday in January |
| President's Day | 3rd Monday in February |
| Memorial Day | Last Monday in May |
| Independence Day | July 4 |
| Labor Day | 1st Monday in September |
| Veteran's Day | November 11 |
| Thanksgiving Day | 4th Thursday in November |
| Day after Thanksgiving | Day after Thanksgiving |
| Christmas Day | December 25 |
| Personal Holiday | (individual choice) |

Any holiday falling on Saturday will be celebrated on the preceding Friday. Any holiday falling on Sunday will be celebrated on the following Monday.
Non-exempt regular full-time will be paid for the holiday plus one and one-half times their regular rate of pay for any time worked on the holiday. Such time must be pre-authorized by the supervisor. Probationary/trial period employees do not receive holiday pay until they have reached status as a regular full time or regular part time employee.
Temporary employees will be paid at their regular straight-time rate for hours worked on a holiday. Employees not eligible for holiday pay shall receive the day off without pay.
- Christmas Eve: Although not an official holiday, regular city operations will be closed on Christmas Eve. In the event of emergency repair needs, those employees required for the repair work will work. Employees not required to perform emergency work will have the day off as follows: Employees eligible for leave may take vacation, compensatory or personal holiday leave, if leave balance is available.
Full time employees working four 10 hour days receive 8 hours of holiday pay and make up the two hour deficit by using vacation or compensatory time.

Revised September 7, 2012

24

Claims File 4040 000121

55

## 8.11    RELIGIOUS HOLIDAYS

If an employee's religious beliefs require observance of a holiday not included in the basic holiday schedule, the employee may, with his/her supervisor's approval, take the day off using vacation, compensatory time, or leave without pay.

## 8.12    BENEFITS FOR TEMPORARY AND SEASONAL EMPLOYEES

Unless noted otherwise in these policies, benefits for temporary and seasonal employees are as follows:

Temporary/Seasonal Employees:  Temporary/Seasonal employees are not eligible to receive benefits, including leaves, holidays and insurance.

Revised September 7, 2012

25

Claims File 4040 000122

56

## CHAPTER 9
## EMPLOYEE RESPONSIBILITIES
## AND CONDUCT

### 9.1    GENERAL CODE OF CONDUCT

All City employees are expected to represent the City to the public in a professional manner which is courteous, efficient and helpful. Employees must maintain a clean, neat and professional appearance appropriate to their work assignment, as determined by their position and supervisor.

Since the proper working relationship between employees and the City depends on each employee's on-going job performance, professional conduct and behavior, the City has established certain minimum standards of personal conduct. Among the City's expectations are: Basic tact and courtesy towards the public and fellow employees; adherence to City policies, procedures, safety rules and safe work practices; compliance with directions from supervisors; preserving and protecting the City's equipment, grounds, facilities and resources; and providing orderly and cost efficient services to its citizens.

The City is a relatively small organization. To function as efficiently as possible, we may ask you to perform seemingly "menial" duties outside your regular assignments. It is no reflection on your worth to the City, but a necessary arrangement for most small organizations.

To make the most efficient use of personnel, the City also reserves the right to change your work conditions and the duties originally assigned. If these arrangements become necessary, we expect your best cooperation.

### 9.2    OUTSIDE EMPLOYMENT AND CONFLICTS OF INTEREST

Employees shall not, directly or indirectly, engage in any outside employment or financial interest which may conflict, in the City's opinion, with the best interests of the City or interfere with the employee's ability to perform his/her assigned City job. Examples include, but are not limited to, outside employment which:

(1)    is so physically demanding that it adversely affects the employee's ability to perform his/her assigned City job;

(2)    is conducted during the employee's work hours;

Revised September 7, 2012

26

Claims File 4040 000123

57

(3)    utilizes City telephones, computers, supplies, or any other resources, facilities or equipment;

(4)    is employment with a firm which has contracts with or does business with the City; or

(5)    may reasonably be perceived by members of the public as a conflict of interest or otherwise discredits public service.

An employee who chooses to have an additional job, contractual commitment or self-employment, shall notify his/her immediate supervisor.

## 9.3    REPORTING IMPROPER GOVERNMENTAL ACTION

General Policy:

In compliance with the Local Government Employee Whistleblower Protection Act, RCW 42.41.050, this policy is created to encourage employees to disclose any improper governmental action taken by city officials or employees without fear of retaliation. This policy also safeguards legitimate employer interests by encouraging complaints to be made first to the City, with a process provided for speedy dispute resolution.

Key Definitions:

Improper Governmental Action: any action by a city officer or employee that is:

(1)    undertaken in the performance of the official's or employee's official duties, whether or not the action is within the scope of the employee's employment, and

(2)    in violation of any federal, state or local law or rule, is an abuse of authority, is of substantial and specific danger to the public health or safety, or is a gross waste of public funds.

(3)    "improper governmental action" does not include personnel actions (hiring, firing, complaints, promotions, reassignment, for example). In addition, employees are not free to disclose matters that would affect a person's right to legally protected confidential communications.

Retaliatory Action: any material adverse change in the terms and conditions of an employee's employment.

Emergency: a circumstance that if not immediately changed may cause damage to persons or property.

Revised September 7, 2012

27

Claims File 4040 000124

58

Procedure for Reporting Improper Government Action:  City employees who become aware of improper governmental action should follow this procedure:

(1)    Bring the matter to the attention of his/her supervisor, if non-involved, in writing, stating in detail the basis for the employee's belief that an improper action has occurred.  This should be done as soon as the employee becomes aware of the improper action.

(2)    Where the employee believes the improper action involves the supervisor, the employee may raise the issue directly with the Mayor.

(3)    The Mayor or their designee, as the case may be, shall promptly investigate the report of improper government action.  After the investigation is completed (within thirty (30) days of the employee's report), the employee shall be advised of the results of the investigation, except that personnel actions taken as a result of the investigation may be kept confidential.

An employee who fails to make a good faith effort to follow this policy shall not be entitled to the protection of this policy against retaliation, pursuant to RCW 42.41.030.

In the case of an emergency, where the employee believes that damage to persons or property may result if action is not taken immediately, the employee may bypass the above procedure and report the improper action directly to the appropriate government agency responsible for investigating the improper action.

Employees may report information about improper governmental action directly to an outside agency if the employee reasonably believes that an adequate investigation was not undertaken by the City to determine whether an improper government action occurred, or that insufficient action was taken by the City to address the improper action or that for other reasons the improper action is likely to recur.

Protection Against Retaliation:  It is unlawful for a local government to take retaliatory action because an employee, in good faith, provided information that improper government action occurred.  Employees who believe they have been retaliated against for reporting an improper government action should follow this procedure:

Procedure for Seeking Relief Against Retaliation:

(1) Employees must provide a written complaint to the supervisor within thirty (30) days of the occurrence of the alleged retaliatory action.  If the supervisor is involved, the notice should go to the Mayor.  The written charge shall specify the alleged retaliatory action and the relief requested.

(2) The Mayor shall investigate the complaint and respond in writing within thirty (30)

Revised September 7, 2012

28

Claims File 4040 000125

59

days of receipt of the written charge.

(3)   After receiving the City's response, the employee may request a hearing before a state administrative law judge (ALJ) to establish that a retaliatory action occurred and to obtain appropriate relief under the law. The request for hearing must be delivered within the earlier of either fifteen (15) days of receipt of the City's response to the charge of retaliatory action or forty-five (45) days of receipt of the charge of retaliation to the Mayor for response.

(4)   Within five (5) working days of receipt of a request for hearing the City shall apply to the State Office of Administrative Hearing's for an adjudicative proceeding before an administrative law judge. At the hearing, the employee must prove that a retaliatory action occurred by a preponderance of the evidence in the hearing. The ALJ will issue a final decision not later than forty-five (45) days after the date of the request for hearing, unless an extension is granted.

Policy Implementation: The Mayor or designee is responsible for implementing these policies and procedures. This includes posting the policy on the City bulletin board, making the policy available to any employee upon request, and providing the policy to all newly hired employees. Officers, managers and supervisors are responsible for ensuring the procedures are fully implemented within their areas of responsibility.

Violations of this policy and these procedures may result in appropriate disciplinary action, up to and including dismissal.

## 9.4   POLITICAL ACTIVITIES

City employees may participate in political or partisan activities of their choosing provided that City resources and property are not utilized, and the activity does not adversely affect the responsibilities of the employees in their positions. Employees may not campaign on City time or in a City uniform or while representing the City in any way. Employees may not allow others to use City facilities or funds for political activities.

Any City employee who meets with or may be observed by the public or otherwise represents the City to the public, while performing his/her regular duties, may not wear or display any button, badge or sticker relevant to any candidate or ballot issue during working hours. Employees shall not solicit, on City property or City time, for a contribution for a partisan political cause.

Except as noted in this policy, City employees are otherwise free to fully exercise their constitutional First Amendment rights.

Revised September 7, 2012

29

Claims File 4040 000126

60

**9.5    NO SMOKING POLICY**

For health and safety considerations, the City prohibits smoking by employees in all City facilities, including City-owned buildings, vehicles, and offices or other facilities rented or leased by the City, including individual employee offices.

**9.6    PERSONAL POSSESSIONS AND ELECTRONIC COMMUNICATIONS**

The City furnishes desks, closets, and/or lockers for security of employee coats, purses, and other personal possessions. We do not, however, assume responsibility for any theft or damage to the personal belongings of employees, and we reserve the right to search employee desks, lockers, and personal belongings brought onto City premises, if necessary.

The City also furnishes computers for use in conducting City business. Because the computers are for City business, the City reserves the right to review the contents of any files or documents on the computer, including contents of any electronic mail. City computers are not for personal use.

**9.7    USE OF CITY VEHICLES AND EQUIPMENT**

Use of City phones for local personal phone calls should be kept to a minimum; long distance personal use is prohibited. Other City equipment, including vehicles, should be used by employees for City business only. An employees' misuse of City services, telephones, vehicles, equipment or supplies can result in disciplinary action including termination.

**9.8    BULLETIN BOARDS**

Information of special interest to all employees is posted regularly on the City bulletin boards. Employees may not post any information on these bulletin boards without the authorization of the Mayor.

**9.9    CONTACT WITH THE NEWS MEDIA**

The Mayor, or designated department heads, shall be responsible for all official contacts with the news media during working hours, including answering of questions from the media. The Mayor or department head may designate specific employees to give out procedural, factual or historical information on particular subjects.

**9.10    SEAT BELT POLICY**
Per Washington law, anyone operating or riding in City vehicles must wear seat belts at all times.

Revised September 7, 2012

30

Claims File 4040 000127

## 9.11    DRIVER'S LICENSE REQUIREMENTS

As part of the requirements for certain specific City positions, an employee may be required to hold a valid Washington State Driver's license. If an employee's license is revoked, suspended or lost, or is in any other way not current, valid, and in the employee's possession, the employee shall promptly notify his/her supervisor and will be immediately suspended from driving duties. The employee may not resume driving until proof of a valid, current license is provided to his/her supervisor. Depending on the duration of license suspension, revocation or other inability to drive, an employee may be subject to disciplinary action, including termination.

## 9.12    SOLICITATIONS

Most forms of selling and solicitations are inappropriate in the workplace. They can be an intrusion on employees and citizens and may present a risk to employee safety or to the security of City or employee property. The following limitations apply:

(1)    Persons not employed by us may not solicit, survey, petition, or distribute literature on our premises at any time. This includes persons soliciting for charities, salespersons, questionnaire surveyors, labor union organizers, or any other solicitor or distributor. [Exceptions to this rule may be made in special circumstances where the City determines that an exception would serve the best interests of the organization and our employees. An example of an exception might be the United Way campaign or a similar, community-based fund raising effort.]

(2)    Employees may not solicit for any purpose during work time. Reasonable forms of solicitation are permitted during non-work time, such as before or after work or during meal or break periods. Soliciting employees who are on non-work time may not solicit other employees who are on work time. Employees may not distribute literature for any purpose during work time or in work areas. The employee lunchroom is considered a non-work area under this policy.

## 9.13    SAFETY

Every employee is responsible for maintaining a safe work environment and following the City's safety rules. Each employee shall promptly report all unsafe or potentially hazardous conditions to his/her supervisor. The City will make every effort to remedy problems as quickly as possible.

In case of an accident involving a personal injury, regardless of how serious, employees shall immediately notify their supervisor or the Mayor.

Revised September 7, 2012

31

Claims File 4040 000128

62

Since being exposed to a blood-borne pathogen may lead to sicknesses such as hepatitis, AIDS, or malaria, and since the City wants to assure our employees as safe and healthy work environment as possible, it is the policy of the City to comply with all statutory obligations for the prevention of exposure to blood-borne pathogens. Employees should familiarize themselves with the City's Exposure Control Plan and follow it at all times. Failure to comply with this Plan will result in discipline up to and including termination.

Employee safety depends on the safety consciousness of everyone. In order to facilitate a safe work environment, employees may not bring dangerous weapons to the workplace. This includes, but is not limited to, weapons for which employees have a valid permit. The only exception to this rule involves law enforcement positions for which the job requires possession of dangerous weapons.

### 9.14    SUBSTANCE ABUSE

The City's philosophy on substance abuse has two focuses: (1) a concern for the well-being of the employee and (2) a concern for the safety of other employees and members of the public.

Availability of Rehabilitation or Treatment: As part of our employee assistance program, we encourage employees who are concerned about their alcohol or drug use to seek counseling, treatment and rehabilitation. Although the decision to seek diagnosis and accept treatment is completely voluntary, the City is fully committed to helping employees who voluntarily come forward overcome substance abuse problems. In most cases, the expense of treatment may be fully or partially covered by the City's benefit program. In recognition of the sensitive nature of these matters, all discussions will be kept confidential. Employers who seek advice or treatment will not be subject to retaliation or discrimination.

When Job Performance is Affected: Although the City is concerned with rehabilitation, it must be understood that disciplinary action may be taken when an employee's job performance is impaired because he/she is under the influence of drugs or alcohol on the job. The City may discipline or terminate an employee possessing, consuming, selling or using alcohol or controlled substances (other than legally prescribed) during work hours. The City may also discipline or terminate an employee who reports for duty or works under the influence of alcohol or controlled substances. An employee may be required to submit to alcohol or controlled substance testing when the City has reasonable suspicion that the employee is under the influence of controlled substances or alcohol. Refusal to submit to testing, when requested, may result in immediate disciplinary action, including termination.

Substance Abuse Policy for Operators of Commercial Motor Vehicles: City employees who hold commercial driver's licenses ("CDLs") and who operate commercial motor vehicles while employed by the City are subject to additional rules and regulations imposed by the federal government. These regulations require urine drug testing and alcohol breath testing in the

Revised September 7, 2012

Claims File 4040 000129

63

following circumstances:

     (1)    pre-employment;
     (2)    reasonable suspicion;
     (3)    post-accident;
     (4)    return to duty testing;
     (5)    random testing.

CDL holders who test positive must be removed from service and are subject to discipline, up to and including termination. CDL holders should consult the City's CDL policy for the additional details concerning these rules.

Drug-Free Workplace: Based on the federal Drug-Free Workplace Act, the manufacturing, distribution, dispensation, possession and use of unlawful drugs or alcohol on City premises or during work hours by City employees is strictly prohibited. Employees also must notify the City within five (5) days of any conviction for a drug violation in the workplace. Violation of this policy can result in disciplinary action, including termination. Continued poor performance or failure to successfully complete a rehabilitation program is grounds for termination.

Revised September 7, 2012

Claims File 4040 000130

64

## CHAPTER 10
## DISCIPLINE AND TERMINATIONS

### 10.1    ACTIONS SUBJECT TO DISCIPLINARY ACTION

Our success in providing excellent service to our citizens and maintaining good relationships with the community depends on our employees.  We have therefore provided for your guidance certain conduct which, if engaged in, would be detrimental to our objective and could lead to disciplinary action including discharge by the Mayor.  The following specified conduct is illustrative and not comprehensive.

(1)    Misrepresentation or withholding of pertinent facts in securing employment.

(2)    Unauthorized use or possession of the city facilities/property.  Unauthorized use of position with the City of Entiat for personal gain or advantage.  Accepting unlawful gratuities or bribes.  Lying.

(3)    Smoking in any unauthorized posted area or creating of fire hazards in any area.

(4)    Violation of dress standards.  Violation of the city's telephone use policy.

(5)    Failure to report an occurrence causing damage to city, customer, or public property.  Failure to properly secure the city facilities or property.

(6)    Loitering after completing day's work which results in the disruption of the city's business or the work effort of other employees.  Vending, soliciting, or collecting contributions for any purpose whatsoever during working time on the premises without the permission of the supervisor.

(7)    Unauthorized operation or using machines, tools, or equipment to which the employee has not been specifically assigned.

(8)    Unauthorized recording of another employee's time record.  Both employees can be subject to disciplinary action.

(9)    Habitual lateness for work.  Absence without proper notification to immediate supervisor, excessive absenteeism, or insufficient reasons for absenteeism.  Loitering, goofing off, failing to assist others in a work situation.

(10)    Making malicious, false, or derogatory statements that are intended or could reasonably be expected to damage the integrity or reputation of the city or our employees, on or off premises.  Disorderly conduct, including fighting on the premises. Rudeness, discrimination, intimidation, coercion, use of obscene language, gesture or lack of courtesy to the public or fellow employees.  Immoral conduct while on duty.

(11)    Intentional falsification of records/paperwork required in the transaction of the city business.

(12)    Inability, inefficiency, negligence, or insubordination, including a refusal or failure to perform assigned work.  Concealing defective work.

(13)    Failure to observe safety practices, rules, regulations, and instructions.  Negligence that results in injury to others.  Failure to wear required safety clothing and equipment.

Revised September 7, 2012

34

Claims File 4040 000131

65

(14) Failure to promptly report to your immediate supervisor an on-the-job injury or accident involving an employee, equipment, property, or visitor.
(15) Dishonesty or theft, including deliberate destruction, damage, or removal of the city's or other's property from the premises, or any job site.
(16) Possession, use, sale, or being under the influence of alcohol and controlled substances while on the city business (including standby duty). The only exception to this rule shall be for an employee using or possessing a controlled substance prescribed by a doctor if such employee has given his/her supervisor prior notice of such use and/or possession and such use does not impair safe and/or efficient work performance.
(17) Possession of explosives or weapons on the premises or at any job site.
(18) Conviction of a gross misdemeanor or felony.

## 10.2    POSSIBLE DISCIPLINARY ACTIONS

In the event that discipline is necessary, the following types of disciplinary actions may be used, depending on the particular situation:

(1) Oral Warning.
(2) Written Reprimand.
(3) Suspension.
(4) Demotion.
(5) Termination.

The choice of what discipline to apply in any particular case is solely the City's. Employees who are exempt from overtime laws will not be suspended without pay for disciplinary purposes for periods less than a full workweek, unless the infraction involves violation of safety rules of major significance.

## 10.3    PRE-TERMINATION HEARING

In the case of termination of an employee [other than trial employees], the city will conduct a pre-termination hearing. The pre-termination hearing serves as a check against mistaken decisions and as an opportunity for an employee to furnish additional facts before a termination decision is finalized.

In the event a supervisor desires to terminate an employee, the employee shall be provided with a notice of the recommendation for termination. The notice shall include an explanation of the charges on which the recommendation is based, and the time and date for a pre-termination hearing. If the employee fails or refuses to appear, the termination may proceed.

Revised September 7, 2012

Claims File 4040 000132

66

Pre-termination hearings will be presided over by the Mayor or a designated representative.  The hearings are intended to be informal.  The employee may show cause why he/she should not be terminated.  The employee may bring one person to the hearing as a representative.

Usually within five (5) working days after the pre-termination hearing, the Mayor will issue a decision on whether there are reasonable grounds to believe the charges against the employee are true and support termination.  A longer review period may be required in more complex situations.

### 10.4   LAYOFF

The Mayor may lay off employees for lack of work, budgetary restrictions, reorganization or other changes that have taken place.

Temporary employees or employees who have not completed their trial period will be laid off before regular employees are affected.  In determining who is to be laid off, consideration will usually be given to individual performance and the qualifications required for remaining jobs. Seniority will be considered when performance and qualifications are equal, as determined by the City.  Employees who are laid off may be eligible to be re-employed, if a vacancy occurs in a position for which they are qualified.

### 10.5   RESIGNATION

An employee should provide two (2) weeks notice of resignation.  This time limit may be waived by the employee's supervisor or the Mayor.

Revised September 7, 2012

Claims File 4040 000133

67

## CHAPTER 11
## COMPLAINT PROCEDURES

### 11.1   COMPLAINT PROCEDURES

The City recognizes that sometimes situations arise in which employees feel that they have not been treated fairly or in accordance with City policies. For this reason the City provides its employees with procedures for resolving complaints.

Step 1: Employees should first try to resolve any problem or complaint with their supervisor.

Step 2: When normal communication between an employee and the supervisor is not successful, or when an employee disagrees with the application of City policies and procedures, the employee should attempt to resolve the problem with his/her department head. The department head will usually respond to the employee [in writing] within [five (5) days] after meeting with him/her, if possible.

Step 3: If the employee is not satisfied with the response from the department head, the employee may submit the problem, in writing, to the Mayor. The written complaint must contain, at a minimum:

(1)   A description of the problem;
(2)   A specific policy or procedure which the employee believes has been violated or misapplied;
(3)   The date of the circumstances leading to the complaint or the date when the employee first became aware of those circumstances;
(4)   The remedy sought by the employee to resolve the complaint.

The written complaint must be filed within ten (10) working days of the occurrence leading to the complaint, or ten (10) working days after the employee becomes aware of the circumstances.

The Mayor may meet with the parties, either individually or together, and will usually respond in writing to the aggrieved employee within ten (10) days of the meeting. The Mayor's response and decision shall be final and binding.

Revised September 7, 2012

Claims File 4040 000134

68

# EXHIBIT C

*06/12/2015*
*Mid-probationary period*

# CITY OF ENTIAT EMPLOYEE EVALUATION AND GOALS

## EMPLOYEE INFORMATION

Name: _____

Position Title: _____

Department: _____

Supervisor: _____

Date: _____

Probation Period ☐

Yearly Evaluation ☐

*City Administrator Comments*

| JOB PERFORMANCE/SKILLS | MARGINAL | NEEDS IMPROVEMENT | PROFICIENT | COMMENDABLE |
|---|---|---|---|---|
| **Position Knowledge** (Assess employee's grasp of Procedures, methods of operations, and equipment involved on the job.) | ☐ | ☒ *& repair* | ☐ | ☐ |

*Must learn to operate irrigation system*

| | | | | |
|---|---|---|---|---|
| **Quality of Work** (Assess the accuracy, content, and thoroughness of work.) | ☐ | ☐ | ☒ | ☐ |

*Does a good job making city property look better*

| | | | | |
|---|---|---|---|---|
| **Quantity of Work** (Assess degree to which employee meets or exceeds expectations for "normal" production. | ☐ | ☒ | ☐ | ☐ |

*Too many distractions*

| | | | | |
|---|---|---|---|---|
| **Versatility** (Assess employee's ability to handle new duties and responsibilities or respond quickly and well to changes in procedures or situations.) | ☐ | ☐ | ☐ | ☐ |

*No information*

| | | | | |
|---|---|---|---|---|
| **Initiative** (Assess degree to which employee is a self-starter, can work with minimum supervision, seeks new and better methods to do job, and contributes new ideas.) | ☒ | ☐ | ☐ | ☐ |

*Appears to do only what he is told + no more.*

| City of Entiat Employee Evaluation and Goals Form | March 2015 |
|---|---|

Claims File 4040 000080

|  | MARGINAL | NEEDS IMPROVEMENT | PROFICIENT | COMMENDABLE |
|---|---|---|---|---|
| **Cooperation**<br>(Assess how employee gets along with co-workers, customers, citizens, and other people contacted in the course of work; how willingly employee accepts assignments; and how well the employee reacts to constructive criticism.) | ☐ | ☒ | ☐ | ☐ |

No personal information on this. - Other employees have complained of his unwillingness to do the unpleasant jobs + bad attitude.

| **Independent Judgment**<br>(Assess employee's ability to tackle new problems and situations and arrive at proper solutions with minimum guidance.) | ☐ | ☐ | ☐ | ☐ |

Unknown

| **Dependability**<br>(Assess employee's attendance record and punctuality, whether employee promptly notifies supervisor if out for emergency or illness, amount of time during work hours spent on personal calls or visits.) | ☒ | ☐ | ☐ | ☐ |

Appears to spend an inordinate amount of time on personal phonecalls + texts.

| **Teamwork**<br>(Assess employee's ability to work together toward a common goal by communicating, supporting other City staff and officials, promoting a positive outlook, and assisting others as needed. | ☐ | ☐ | ☐ | ☐ |

Again, no personal knowledge, but other's have quoted him as saying, "I don't have to do that, I'm the supervisor

| **Service**<br>(Assess employee's attitude about being a servant to the public and making the extra effort to serve the people of Entiat.) | ☐ | ☐ | ☐ | ☐ |

Unknown

| 2 | City of Entiat Employee Evaluation and Goals Form | March 2015 |

Claims File 4040 000081

71

Training Completed since last evaluation:

Has not entered into ANY additional training

Suggested Goals:

Recommendation:
This individual needs further assessment before being taken off of probationary period. Recommend an additional 3 months.

Administrator:
Supervisor Comments:

Seems to be highly distracted. Has trouble following directions + understanding city policies. Breakage record for 3 months is unbelievable.

Supervisor Signature _____ Date: 06/12/2015

Employee Comments:

Please describe any areas in which you would like to improve:

Employee Signature _____ Date: _____

Mayor/City Administrator Signature _____ Date: _____

City of Entiat Employee Evaluation and Goals Form                    March 2015

Claims File 4040 000082

72

# EXHIBIT D

## Planning Staff Report

To: Entiat City Council
From: Susan Driver, City Administrator/Planner
Date: August 13, 2015

### RE: Proposal for Revisions to Public Works and Parks Staffing Model

**History:**
Prior to the closure of Entiat Park for renovation in the fall of 2013, City of Entiat Public Works staff managed and maintained the facility. A Park Host couple stayed in the park Thursday through Monday to be available for any emergencies, late arrivals, or camper needs. The Park Hosts cleaned bathrooms and emptied garbage containers as part of their regular duties. The Park Hosts also collected money for un-reserved campsites, showers, and boat launch and brought those funds to City Hall on a daily basis. Once in a while, a single part-time helper would be hired for general grounds maintenance in the summer. This person worked all over the City, not just in the park.

When the "new" park opened, we tried a new approach. Originally, the plan was to have a park supervisor and several temporary park staff to work staggered shifts in order to cover the park until 10:00 p.m. every day, especially on weekends. No park host was proposed in this new scheme. At the request of the Park Board and the PUD, a park host was hired. This led to a lot of overlap in responsibilities. The current park host does collect funds and greet campers, but does not clean bathrooms or empty garbage cans – the four temporary staff people do those jobs, under the direction of the Park Supervisor or Public Works Director. On Sunday, there are two part-time staffers and no supervisor. Neither the temporary staff, nor the Park Supervisor work in the evenings. This leaves the Park Host to deal with any issues that arise after hours.

**Discussion:**
In talking with regular staff, it is largely believed that the regular staff could manage the park maintenance like they always did, if they were at the staffing level they had before (four people) if we had a similar Park Host arrangement. While it is likely that the additional landscaping that will be the City's responsibility next year will require additional help, it is expected that one temporary (May to October) full-time position could cover the overload.

We have looked a lot at the staffing needs for the park in the past year, and not addressed the general Public Works staffing needs for the entire city. What we are neglecting to see is a huge hole coming up. As of the date of this memo, we have only one person on staff with water certification, the Public Works Director. He also has Level 2 sewer certification. We do have one other person who has Level 1 sewer certification and is working on Level 2, but if anything happened to Mike, we would be in a really bad spot.

Claims File 4040 000135

74

**STAFF CONCLUSION – RECOMMENDATIONS:**

As City Administrator, I am proposing that we eliminate the Park Supervisor position at the end of the six month probationary period (effective August 31, 2015). I am also proposing that we close out the temporary park staff and Park Host work schedules after the Labor Day holiday (effective September 8, 2015). I further recommend that we advertise for a full-time, year-round maintenance position. Complete water certification should be a requirement to apply for this position so we can fill the gap. A full job description should be prepared and an appropriate budget proposed for the new position, in addition to updating all job descriptions.

For park management next year, I recommend bringing back the old Park Host model and staggering all public works staff schedules so that we have coverage on weekends from at least one full-time staff person. The weekends could be split so that no one position needs to cover the entire summer.

**Council Action Needed:**

A City Council action is not needed for any personnel decision that does not impact the budget. The Mayor has the authority to close out these positions at his discretion. However, the Mayor and City Administrator believe that Council should be informed of changes to the Organizational Chart.

A Council action will be needed to create and advertise for a new Public Works Maintenance position. Staff will provide Council with a full proposal, including salary comparisons for similar positions and a job description as part of the 2016 budgeting process. Because creation of this position will impact the budget, it will require a City Council action at that time.

Claims File 4040 000136

75

# EXHIBIT E

76

CITY OF ENTIAT COUNCIL MINUTES

AUGUST 13, 2015

**REGULAR SESSION OF**
**THE ENTIAT CITY COUNCIL CONVENED**
**MAYOR KEITH VRADENBURG, PRESIDING**
**ENTIAT CITY COUNCIL CHAMBERS**
**AUGUST 13, 2015; 7:00 PM**

**ROLL CALL:** Councilmember Lalla Przespolewski, Councilmember Marie Stenberg, Councilmember Bob Anderson, Councilmember Larry Marshall, Mayor Keith Vradenburg.

**STAFF PRESENT:** City Administrator/Planner Susan Driver, Public Works Director Mike Herdt, City Clerk/Treasurer Linda Countryman, City Engineer Larry Cordes.

**CALL TO ORDER**

Mayor Vradenburg called the meeting to order at 7:00 pm and established a quorum.

**PLEDGE OF ALLEGIANCE**

**INTRODUCTION OF GUESTS**

**CONSENT AGENDA**

All matters listed under the Consent Agenda were distributed to Councilmembers for review prior to the Council Meeting. These matters are considered routine and will be enacted with one motion. Matters listed under the Consent Agenda will not be discussed. If Council desires to discuss a Consent Agenda matter, it will be removed from the Consent Agenda and added to the Regular Agenda to be discussed and considered separately.

A. Consideration of Minutes
   a. Regular Session Minutes, July 9, 2015
B. Consideration of Bills
   a. Approval of Payables Warrants – As of this date, August 13, 2015, Council does approve payables warrant numbers 19991 through 20040 in the total amount of $60,815.77.
   b. Approval of Payroll Warrants – As of this date, August 13, 2015, Council does approve payroll warrant numbers 8712 through 8739, in the amount of $32,315.62. Payroll Warrant Number 8736 was voided.
   c. Approval of Electronic Payments – As of this date, August 13, 2015, Council does approve EFTs dated 7/3/15 through 8/4/15 in the total amount of $41,159.40.

**Council Action:** A motion was made by Councilmember Stenberg, second by Councilmember Anderson to approve the Consent Agenda as presented. The motion carried, 4-0.

**PRESENTATION** – Honoring former Councilmember Bill Haven for his years of service.

Mayor Vradenburg said he had received a letter of resignation from Councilmember Bill Haven, effective July 15, 2015. Councilmember Haven resigned for personal reason. Mayor Vradenburg said Councilmember Haven served on the Entiat City Council for over six years. Several of those years he also served as Mayor Protem and represented the City on several regional committees. Mayor Vradenburg said he and the rest of the City Council greatly appreciated Councilmember Haven's dedication.

**REPORTS**

A. Engineer

City Engineer Larry Cordes presented the 2014 Water Use Efficiency Annual Performance Report for the City of Entiat. The City's 2014 distribution system leakage was 4.0%, with a three year annual average of 3.8%. Good percentages are anything under 10.0%. The historical system equivalent residential unit (ERU) usage had trended downward as follows: 216 gpd/ERU in 2011; 212 gpd/ERU in 2012; and 194 gpd/ERU in 2013. Mr. Cordes said the gallons per day/ERU increased in 2014 to 219 gpd. The increase was attributed to variances in the meter usage data. The 2015 data will indicate whether the ERU increase was a one-year occurrence or a trend toward higher customer usage.

Page 1 of 5

Claims File 4040 000139

77

Mayor Vradenburg said during the 2014 Mills Canyon Fire, Fire District pumper trucks used a great deal of City water and this could factor into the 2014 usage increase.

Public Works Director Mike Herdt said there was also a large water leak for approximately nine months of 2014. This may also have factored into the usage increase.

In response to a question from Mayor Vradenburg, City Administrator/Planner Susan Driver said the City of Entiat's back up well project is on the current Community Development Block Grant (CDBG) request list. There are many more projects on the list than available funds. Selections of projects for the grant funds will begin in September. If the City does not receive a CDBG grant, the City will apply for Department of Ecology funds.

B. Public Works/Maintenance

Public Works Director Herdt reported the Chelan County pilot program for controlling milfoil on the Columbia River appears to be going well. It will be four weeks before there will be noticeable results. Mr. Herdt said Chelan County was funding the project with a $30,000 grant from the Department of Ecology. Mayor Vradenburg said he had met with Chelan County PUD officials earlier today and dead milfoil was spotted in the river, so the project was looking successful.

Mr. Herdt said the boat launch money had been stolen from the boat launch lock box twice. The thefts have been reported to the Chelan County Sheriff's Office. Mr. Herdt said he had also purchased a sturdier lock box from Keyhole Security and it had been installed in hopes to deter further theft.

In response to a question from Councilmember Marshall, Mr. Herdt said he was working on a way to make the trailer sewer caps more visible. Councilmember Marshall had previously reported to Mr. Herdt that several people had complained to him about the poor visibility and tripping on the caps. Mr. Herdt said painting the caps a bright fluorescent color may be the best solution.

C. Park Board

The Park Board will not be meeting until September.

D. Tree Board: No report submitted

E. Memorial Committee

Mayor Vradenburg said the next Memorial Committee Meeting would be in October. He said the Committee had approximately thirty plaques in mind and were considering a memorial wall rather than scattered individual memorials.

F. Building Inspector: Report attached

Mayor Vradenburg said one new building permit had been issued in July 2015 for a single-family residence/garage at Ridge at Two Rivers.

G. Finance and Administration

City Clerk/Treasurer Countryman said she continues to work on the annual report and it should be completed within the next couple of weeks. Though late, due to waiting for the fraud audit results and Ms. Countryman's May hire date, the state auditors are aware and are working with the City.

Ms. Countryman said budget season is fast approaching and she is also working on information for the Budget Workshop scheduled for September 2. She said she would be attending a budget workshop in Leavenworth co-sponsored by the Association of Washington Cities (AWC) and the State Auditor's Office (SAO). Also, City Department Heads would be meeting next week for an all-day budget planning session.

H. City Administrator: Report attached

City Administrator/Planner Driver presented a proposal for revisions to the Public Works and Parks Department staffing model. The following revisions were proposed:

1. Eliminating the new Park Supervisor position at the end of the six month probationary period, effective August 31, 2015

2. Closing out the seasonal Park Staff and Park Host positions after the Labor Day Holiday, effective September 8, 2015

Page 2 of 5

Claims File 4040 000140

3.  Bringing back the old Park Host model in 2016
4.  Staggering all Public Works Staff schedules from approximately May to October to provide park coverage on weekends from at least one full-time staff person.
5.  Additional Public Works Staff with water and sewer certifications

In response to a question from Councilmember Przespolewski, Ms. Driver said the Waste Water Treatment Plant Operator would be taking the Level 2 test in September.

In response to a question from Councilmember Anderson, Ms. Driver said the elimination of the Park Supervisor position and fewer seasonal park employees would help fund the additional public works positions.

Mayor Vradenburg added staggering the Public Works staff schedules would provide better Park coverage on weekends and evenings.

I.  Chelan County Sheriff's Office

Chelan County Sheriff's Office reports for June and July 2015 will be included with the next Council Meeting packets. The CCSO has been busy with duties related to the Chelan Complex fires.

J.  Planning Commission

Councilmember Przespolewski presented the following requests from the Planning Commission:
1.  Planning Commission Meeting Minutes available within a normal span of time
2.  Two Planning Commission Meeting each month
3.  Agenda Authority (Chairperson set agenda with approval of Mayor or City Administrator)

K.  Council Reports

Councilmember Anderson reminded Council of the Chelan County Fire District #8 Station open house scheduled for Saturday, September 12 at 10am.

L.  Mayor's Report:  See Mayor's Travels Report

Mayor Vradenburg said Councilmembers Anderson and Przespolewski would be doing the park walk-throughs in August.

Mayor Vradenburg said there would be a Council Workshop on September 2 at 7pm. Topics for the Workshop would be the RV Ordinance and 2016 Budget.

Mayor Vradenburg reminded Council of the Chamber of Commerce Fall for Ali Event, on Saturday, September 19.

Mayor Vradenburg said he and City Administrator/Planner Driver would be attending the Mayor's Summit Meeting on September 24.

**NEW BUSINESS**

A.  Appoint Mayor Pro Tempore

Mayor Vradenburg said, with the resignation of former Councilmember Haven, a new Mayor Protem would need to be appointed by the City Council. Duties of the Mayor Protem included Acting Mayor, in the Mayor's absence and attending some meetings as the Mayor's representative. The Mayor Protem also works closely with City Staff to keep abreast of current issues.

**Council Action:**  A motion was made by Councilmember Marshall, second by Councilmember Stenberg to nominate and appoint Councilmember Przespolewski as Mayor Pro Tempore. The motion carried, 4-0.

B.  Appoint Councilmembers to serve on a Personnel Committee

Mayor Vradenburg said at the recommendation of City Staff, he would like to create a Personnel Committee. Committee Members would work closely with City Staff regarding personnel issues and concerns.

Page 3 of 5

Claims File 4040 000141

**Council Action:** A motion was made by Councilmember Przespolewski, second by Councilmember Marshall to appoint Councilmembers Przespolewski and Anderson to serve on a Personnel Committee. The motion carried, 4-0.

C.  Review Applicants for Council Position #2

Council Applicants John Alt and Oly Mingo introduced themselves and spoke briefly to Council.

Interviews with the Applicants will be added to the agenda for the Council Workshop on September 2.

D.  Consideration of Holding Two Council Meeting per Month

Mayor Vradenburg said due to longer agendas and a need to conduct City business in a timely fashion, Staff recommended adding a second Council Meeting each month. Council Meetings would be the 2nd and 4th Thursdays each month.

**Council Action:** A motion was made by Councilmember Stenberg, second by Councilmember Anderson to hold Council Meetings twice a month on the 2nd and 4th Thursdays, beginning September 2015. The motion carried, 4-0.

E.  Consideration of Planning Commission Proposal for Two Meetings per Month

Councilmember Przespolewski said the Planning Commission feels it has more work than can be accomplished in one meeting per month and would like to add a second meeting. Planning Commission Meetings would be the 2nd and 4th Tuesdays each month.

**Council Action:** A motion was made by Councilmember Marshall, second by Councilmember Stenberg to hold Planning Commission Meetings twice a month on the 2nd and 4th Tuesdays, beginning September 2015. The motion carried, 4-0.

F.  Discussion of City/County Coordination of Population Projections for Comprehensive Planning

This item was postponed until the next regular Council Meeting, September 10, 2015.

G.  Discussion of Information Regarding Waste Management Proposal for an Interim Mobile Transfer Station; Request for a Formal City Council Position Statement

City Administrator/Planner Driver said, to date, neither a proposal nor application had been received from Waste Management regarding an Interim Mobile Transfer Station in the City of Entiat.

Ms. Driver presented a proposed interim ordinance adopting a moratorium on industrial development. Ms. Driver said a moratorium ordinance could be adopted before a public hearing was held, as long as a public hearing was held within sixty days of adoption. Ms. Driver said the moratorium would provide the Planning Commission an opportunity to review and revise zoning regulations as needed. The ordinance would sunset six months after adoption, unless the Planning Commission was unable to complete its work; in which case the ordinance could be extended one time for an additional six months.

One correction to the ordinance was suggested: paragraph 4, change the word "detract" to "conflict." The change would read "...adjacent Commercial/Light Industrial property that would conflict [in place of detract] with the adopted Waterfront Master Plan;..."

City Clerk/Treasurer Countryman said an ordinance number would be added before publication of the ordinance.

**Council Action:** A motion was made by Councilmember Stenberg, second by Councilmember Marshall to approve an interim ordinance, adopting a moratorium on industrial development; changing the wording in paragraph 4 from "detract" to "conflict;" and assigning an ordinance number before publication. The motion carried, 4-0.

Claims File 4040 000142

CITY OF ENTIAT COUNCIL MINUTES                                                AUGUST 13, 2015

## ORDINANCE 2015-754
[Ordinance number assigned before publication – LC]
AN INTERIM ORDINANCE OF THE CITY OF ENTIAT, WASHINGTON, ADOPTING A MORATORIUM ON INDUSTRIAL DEVELOPMENT; PROVIDING FOR A PUBLIC HEARING; ESTABLISHING AN EFFECTIVE DATE; AND PROVIDING THAT THE MORATORIUM, UNLESS EXTENDED, WILL SUNSET WITHIN SIX (6) MONTHS OF THE DATE OF ADOPTION.

Mayor Vradenburg said the public hearing on the Industrial Development Moratorium would be held at the next regular Council Meeting, September 10, 2015. To accommodate the anticipated attendance, the Council Meeting would be moved to the Chelan County Fire District #8 Station at 2200 Entiat Way.

H.  Discussion of Updates to Use of Force Policy
This item was postponed until the next regular Council Meeting, September 10, 2015.

## CITIZEN COMMENTS/CARRY-IN ITEMS

Fifteen minutes is allotted for all citizen comments introducing issues not on the agenda. Comments should be limited to three minutes to allow time for all. Issues relating to personnel matters should be referred to the City Clerk/Treasurer prior to the meeting for review.

Cathy Montgomery, Entiat Valley Community Services, reported 566 summer meals had been served to date to children ages one to eighteen. Ms. Montgomery said the Entiat Food Bank continues to be operated twice a month. A free clinic is offered Thursdays, 6pm to 8pm. Sports physicals will be provided for both adults and children. The service organization may be contacted through its Facebook page, Entiat Valley Community Services.

## ADJOURNMENT

There being no further business, Mayor Vradenburg adjourned the Council Meeting at 8:38pm.

Keith Vradenburg
Mayor

Linda J. Countryman
City Clerk/Treasurer

Page 5 of 5

Claims File 4040 000143

81

# EXHIBIT F



Lacy Kane, P.S.
Attn: Scott Kane
300 Eastmont Avenue
East Wenatchee, WA  98802

September 15, 2015

Mr. Kane:

In response to your request for "the written basis for dismissing Jose Quezada from his employment with the City of Entiat," I have enclosed both the staff report on the Public Works reorganization, as well as the memo given to the City staff. The employment offer letter is in the packet from the personnel file.

The pertinent facts are as follows:

1) The Parks Supervisor position (the position Mr. Quezada held) was a new and untested position. This was discussed at the initial interview.

2) The Parks Supervisor position was on a 6 month probationary period, rather than the usual 3 month probationary period, because it was an untested position. The City's personnel policy manual gives the Mayor the authority to extend the probationary employment period from three months to six months at his discretion.

3) The offer letter, accepted and signed by Mr. Quezada, acknowledges the six month probationary period.

4) The City had a vacancy in Public Works, but did not have the funds to hire two, full-time Public Works employees. The choice was made in early 2015 to hire a Park Supervisor because the City was unsure of how much additional work would be required with the opening of the new park.

5) As it turned out, the City left itself open to other problems by not having an additional Public Works staffer with water certification. It became all too clear when the Public Works Director went on vacation and the City had no one to cover.

6) The following is taken from a staff memo to City Council dated August 13, 2015:

P.O. Box 228, 14070 Kinzel Street • Entiat, Washington  98822
Phone: (509) 784-1500 • Fax: (509) 784-1112
Email: city@entiatwa.us

Claims File 4040 000076

83

*"In talking with regular staff, it is largely believed that the regular staff could manage the park maintenance like they always did, if they were at the staffing level they had before (four people) if we had a similar Park Host arrangement. While it is likely that the additional landscaping that will be the City's responsibility next year will require additional help, it is expected that one temporary (May to October) full-time position could cover the overload.*

*We have looked a lot at staffing needs for the park in the past year, and not addressed the general Public Works staffing needs for the entire city. What we are neglecting to see is a huge hole coming up. As of the date of this memo, we have only one person on staff with water certification, the Public Works Director. He also has Level 2 sewer certification. We do have one other person who has Level 1 sewer certification and is working on Level 2, but if anything happened to Mike, we would be in a really bad spot.*

*STAFF CONCLUSION – RECOMMENDATIONS:*
*AS City Administrator, I am proposing that we eliminate the Park Supervisor position at the end of the six month probationary period (effective August 31, 2015). I am also proposing that we close out the temporary staff and Park Host work schedules after the Labor Day holiday (effective September 8, 2015). I further recommend that we advertise for a full-time, year-round maintenance position. Complete water certification should be a requirement to apply for this position so we can fill the gap. A full job description should be prepared and an appropriate budget proposed for the new position, in addition to updating all job descriptions.*

*For park management next year, I recommend bringing back the old Park Host model and staggering all public works staff schedules so that we have coverage on weekends from at least one full-time staff person. The weekends could be split so that no one position needs to cover the entire summer."*

In essence, over the summer it became apparent that the City was inefficiently staffed in Parks, and understaffed in Public Works. It was recommended that the Parks Supervisor position be eliminated effective August 31, 2015 and that the City start the process of hiring a full time public works maintenance person with water certification. The Mayor agreed and the council was informed of this proposed change at the August 13, 2015 council meeting. Consistent with this plan, Mr. Quezada was informed that his position of Parks Supervisor was being eliminated as of August 31, 2015.

P.O. Box 228, 14070 Kinzel Street • Entiat, Washington  98822
Phone: (509) 784-1500 • Fax: (509) 784-1112
Email: city@entiatwa.us

Claims File 4040 000077

84

Staff has been working on the job description updates for several weeks, and will be presenting the new position description and all updated job descriptions to City Council in October.

If you have any additional questions, please contact our City Attorney, Steve Smith, at

Johnson, Gaukroger, Smith & Marchant, P.S.
139 S. Worthen Street, Suite 200
Wenatchee, WA 98801

Sincerely,

Susan Driver, City Administrator

P.O. Box 228, 14070 Kinzel Street • Entiat, Washington 98822
Phone: (509) 784-1500 • Fax: (509) 784-1112
Email: city@entiatwa.us

Claims File 4040 000078

85