2

86

CERTIFICATE OF TRANSMITTAL
I declare under penalty of perjury under the laws of the State of Washington that on _____ May 16 ____, 20 16 I sent a copy of the document to which this is affixed to the attorney of record for all parties by U.S. Mail, postage prepaid, or by messenger service _____ at East Wenatchee, Washington

RECEIVED

MAY 1 8 2016

JERRY MOBERG
& ASSOCIATES

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF CHELAN

| | |
|---|---|
| JOSE QUEZADA,<br><br>                    Plaintiff,<br><br>v.<br><br>CITY OF ENTIAT and SUSAN DRIVER,<br>Individually,<br><br>                    Defendants. | NO. 16-2-00173-9<br><br>**DEFENDANTS' FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF WITH ANSWERS AND RESPONSES THERETO** |

TO:        Plaintiff Jose Quezada

AND TO:    Corey M. Kane, attorney for Plaintiff

PURSUANT TO CR 37, you are directed to respond to these discovery requests within 30 days of service upon you.

DATED this ___ day of April, 2016.

JERRY MOBERG & ASSOCIATES, P.S.

_____
JAMES E. BAKER, WSBA No. 9459
Attorneys for Defendants

Z:\QUEZADA-J.emp\Discovery\Def's 1st Rogs to Pl.doc

DEFENDANTS' FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS
TO PLAINTIFF
Page 1 of 11

**Jerry Moberg & Associates, P.S.**
P.O. Box 130 ✧ 124 3rd Ave S.W.
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

87

## INTERROGATORIES

**INTERROGATORY NO. 1:**   Identify each person who assisted in answering these discovery requests or who furnished information used in answering these discovery requests.

**ANSWER:**

Jose Quezada
P. O. Box 652
Entiat, WA  98822

Jeanne Peterson
Lacy Kane, P.S.
300 Eastmont Avenue
East Wenatchee, WA  98802

**INTERROGATORY NO. 2:**   State your full name and any other names you have been known by during the past 10 years, your present address, date of birth and place of birth.  In addition to your present address, state all other addresses at which you have resided for the past 10 years and the dates you resided at each address.

**ANSWER:**

Jose Uriel Quezada Olmos

Current address:      15550 Hwy 97A
                      Entiat, WA   98822

Previous address:     6409 Bortz Driver
                      Entiat, WA  98822

Date/Place of Birth:   10/04/1982; Jalpa, Zacatecas, Mexico

Z:\QUEZADA-J.emp\Discovery\Def's 1st Rogs to Pl.doc

DEFENDANTS' FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS
TO PLAINTIFF
Page 2 of 11

**Jerry Moberg & Associates, P.S.**
P.O. Box 130 ✧ 124 3rd Ave S.W.
Ephrata, WA  98823
(509) 754-2356 / Fax (509) 754-4202

88

**INTERROGATORY NO. 3:** State your educational history beginning with high school, including the name of each institution attended, any degrees and honors received and dates of attendance.

**ANSWER:**

Entiat High School; graduated, 2000

Whatcom Community College; attended, 2001-2002

**INTERROGATORY NO. 4:** State your employment history from Jan. 1, 2010 to date, including the name and address of each employer and the dates of employment.

**ANSWER:**

Alcoa Works
6200 Malaga Highway
Malaga, WA 98828
Dates of Employment: January, 2010 to March, 2015

City of Entiat
P. O. Box 228
14070 Kinzel Street
Entiat, WA 98822
Dates of Employment: March to August, 2015

**INTERROGATORY NO. 5:** If you are currently married or have previously been married then state for each marriage: your spouse or former spouse's full name, date of birth and maiden name; present address, date and place of marriage, the manner in which any previous marriage was terminated and the county and state in which the legal documents terminating the marriage were filed.

Z:\QUEZADA-J.emp\Discovery\Def's 1st Rogs to Pl.doc

DEFENDANTS' FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS
TO PLAINTIFF
Page 3 of 11

Jerry Moberg & Associates, P.S.
P.O. Box 130 ✧ 124 3rd Ave S.W.
Ephrata, WA 98823
(509) 754-2356 / Fax (509) 754-4202

89

**REQUEST FOR PRODUCTION NO. 6:** Produce all documents supporting the items of damages that you identified in Interrogatory No. 9.

**RESPONSE:**

NA

**REQUEST FOR PRODUCTION NO. 7:** Produce your complete health care records from each person that you identified in Interrogatory No. 10.

**RESPONSE:**

NA

**ATTORNEY SIGNATURE**

ANSWERS AND RESPONSES dated this 13th day of May, 2016.

LACY KANE, P.S.

_____

COREY M. KANE, WSBA No. 49710

**DECLARATION OF PLAINTIFF QUEZADA**

I certify under penalty of perjury under the laws of the state of Washington that these responses to discovery requests are true and correct to the best of my knowledge and belief.

DATED this 16th day of May at E. Wenatchee, WA.

_____

JOSE QUEZADA, Plaintiff

Z:\QUEZADA-J.emp\Discovery\Def's 1st Rogs to Pl.doc

DEFENDANTS' FIRST INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS
TO PLAINTIFF
Page 10 of 11

Jerry Moberg & Associates, P.S.
P.O. Box 130 ✦ 124 3rd Ave S.W.
Ephrata, WA 98823
(509) 754-2356 / Fax (509) 754-4202

90