3

91

JOSE QUEZADA URIEL OLMOS

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF CHELAN

---------------------------------------------------------

JOSE QUEZADA,                          )
                                       )
              Plaintiff,               )
                                       )
      vs.                              ) No. 16-2-00055-4
                                       )
CITY OF ENTIAT,                        )
                                       )
              Defendant.               )
                                       )

---------------------------------------------------------

DEPOSITION UPON ORAL EXAMINATION

OF

JOSE QUEZADA URIEL OLMOS

---------------------------------------------------------


Date:            March 14, 2017

Location:        Lacy Kane, P.S.
                 300 Eastmont Avenue
                 East Wenatchee, Washington  98802


Start Time:      11:08 a.m.
End Time:        12:42 a.m.


REPORTED BY:     CHARLENE M. BECK, CCR, RPR
                 CCR # 2543

1

JOSE QUEZADA URIEL OLMOS

Q   Okay.

A   My last supervisor there, though, was Chamois Pereira. And I can't spell that one.

Q   Chamois?

A   Chamois, yeah.  I can try if you want me to.

Q   Oh, we -- I can do it too.  And do you know if he's still in the area?

A   I don't believe he is, no.

Q   Okay.  Now, in your Complaint you stated at paragraph 2.2 (as read):  "Quezada was discriminated against and discharged by Entiat through the actions of Driver because of his race, Hispanic."

        Are you claiming that Susan Driver discriminated against you on the basis of race?

A   Yes.

Q   Okay.  Are you claiming that any other employees of the City of Entiat discriminated against you on the basis of race?

A   You know what?  I feel like in a sense, yes, because they supported her decision.

Q   Okay.  Well, let's go over every person that you claim discriminated against you on the basis of your race. We know Susan Driver.  Who else?

A   My only two supervisors which I consider would have been Mike Herdt and Keith Vradenburg.

**17**

Q   Okay.  Anybody else?

A   Huh-uh.

Q   Okay.  Tell me why you believe that Mike Herdt
    discriminated against you on the basis of your race?

A   Because she supported -- he supported her decision.

Q   He supported what decision?

A   Susan's decision to terminate me.

Q   Okay.  Any other reason for you to think that Mike
    Herdt discriminated against you on the basis of your
    race?

A   No.

Q   Okay.  How about the mayor?  Why do you say he
    discriminated against you on the basis of your race?

A   The same reason.  Supported Susan Driver's position.

Q   Okay.  Any other facts to suggest that the mayor
    discriminated against you on the basis of race?

A   No.

Q   Okay.  Now, what leads you to believe that Susan
    Driver discriminated against you on the basis of race?

A   She singled me out.  I don't think I got the same
    treatment other guys did.

Q   Anything else?

A   I just believe she was unfair.

Q   Anything else?

A   Nothing that comes to mind.

**18**

Q   So how did she single you out?

A   She would go out of her way to find out what I was doing and made accusations that weren't true.

Q   How did she go out of her way to see what you were doing?

A   She would drive around the park, talk to other employees.

Q   Okay.

A   Ask --

Q   Anything --

A   Oh.  Go ahead.

Q   Go ahead.  Anything else?

A   No.

Q   What accusations did she make that were not true?

A   I wasn't doing my job, the mayor wasn't happy with my performance.  And when I talked to Keith he said otherwise.

Q   Anything else?

A   I think that kind of goes hand in hand.  And she also talked to Mike about my performance and said she wasn't happy.

Q   Okay.  And what specifically did she say about you not doing your job?

A   I wasn't at the park when I was supposed to be, things weren't getting done.

**19**

JOSE QUEZADA URIEL OLMOS

Q    Okay.  But you say she accused you of something that was untrue and included not doing your job.  What specifically did she say?

A    I wasn't meeting my duties down at the park.  And my duties, I mean, they're broad.

Q    And who did she tell that to?

A    She actually told that to the park host at the time.

Q    Who else did she tell that to?

A    I don't know.

Q    What was the name of the park host?

A    Steve.  I believe his name was Steve.

Q    Do you have any other information about Susan Driver saying you weren't doing your job?

A    No.

Q    Okay.  And you say that she told you that the mayor was not happy about something?

A    Yes.

Q    Tell me what she told you.

A    She said that she -- that the -- Keith wasn't happy because I was leaving the park without telling anyone, which wasn't true; that I was taking time off, leaving in the middle of my shift and not letting anyone know, and if it happened again I would be fired.

Q    Okay.  Anything else?  Any other examples of the mayor not being happy?

**20**

JOSE QUEZADA URIEL OLMOS

A   Nothing that came directly from him.  Just what I heard from her.

Q   Okay.  You heard from her that the mayor was not happy about something about your work?

A   My performance, yes.

Q   And then you say you spoke to the mayor.  And he said what?

A   He said he was completely obliv-- oblivious to the -- to the matter.  He had no idea that was really even going on.  And he actually said otherwise.  He was like "I have never had so much positive feedback.  And kudos to you.  You're doing a good job.  If I ever have a problem with you, I'll come and talk to you."

Q   Okay.  Was it just one conversation with the mayor where he said he didn't say that?

A   Oh, there were multiple times.

Q   Okay.  How many times?

A   I don't have an exact number.

Q   Okay.

A   Multiple times.

Q   Okay.  Well, give me an example of one and where it took place.

A   Well, one was actually -- I remember it was on a Saturday.  And it was a -- there was a funeral.  And I had actually called Keith because I wanted to talk

21

A    No.

Q    So just the two that we've gone over?

A    Yes.    Repeat that question.

Q    Okay.    We've talked about two times in which the mayor expressed -- gave compliments about you; is that right?

A    Uh-huh.

Q    Which contradicted Susan Driver saying that the mayor says you weren't doing a good job?

A    Right.

Q    Any other times other than those two where the mayor complimented you about your work?

A    Oh, I got compliments from him I wouldn't say on a regular basis, but I got compliments from the mayor frequent, I guess.

Q    Okay.    And did you think that that was racial discrimination for him to compliment you?

A    No.

Q    Did you ever get compliments from Mike Herdt?

A    Yes.

Q    And were his compliments an example of racial discrimination?

A    No.

Q    And you said that Susan Driver was -- you didn't get the same treatment as others from Susan Driver and

25

that she was unfair to you.  And I think you just said that she threatened your job?

A   Yes.

Q   Okay.  Tell me why -- specific reasons why you think that she was unfair to you.

A   Because she threatened me to -- she threatened to fire me for the same reason that -- well, she threatened to fire me because I was using my phone.  Well, that's common practice at the City of Entiat.  Everyone uses their phone.

Q   All right.

A   And no one else got that same threat.

Q   Okay.

A   She threatened to fire me for leaving the park unauthorized.  I was the park supervisor down there, and whenever I left it was pre-arranged.  And she told me that if I ever left the park again without permission she would fire me on the spot.  My reply to her was "I've never left the park without your permission.  If I have a family emergency, I'm gonna leave the park and then explain later."  But that was never the case.

Q   Okay.  So you're saying you never missed any time at the park?

A   I'm not saying that, no.

**26**

JOSE QUEZADA URIEL OLMOS

Q  Okay.  What else, if anything, did she do that was unfair to you?

A  I can't think of anything off the top of my head.

Q  So what you thought was unfair was her saying that she could possibly fire you for using your cell phone and she could possibly fire you if you left the park without permission?

A  Those are two instances, yes.

Q  Well, are there more?

A  Not that I can think of.

Q  Okay.  What leads you to believe that the unfairness that you perceived from Susan Driver was based on racial discrimination?

A  Because I was the only Hispanic that was working for the City at the time and I was the only one treated that way.

Q  Okay.  Any other reason for you to conclude that Susan Driver was unfair to you based upon your race?

A  I'm not sure if I understand your question.

Q  Well, okay.  I asked you for facts that would suggest that Susan Driver discriminated against you on the basis of your race, and you gave an answer.  And I want to know:  Are there any other facts that caused you to conclude that Susan Driver discriminated against you on the basis of race?

27

JOSE QUEZADA URIEL OLMOS

A    I don't -- I don't -- I didn't -- I didn't realize that it was actually a probationary job.  I -- I guess I assumed.  It goes without saying that there usually is.  But I was under the understanding that this was gonna be a long-term employ.

Q    Okay.  Well, you signed the City's Personnel Policies; did you not?

A    Did I?  I must have, yes.

Q    Okay.

A    You know something that -- I don't know.  I didn't say anything earlier.  But when I hired on and I went through the interview process I actually wrote a cover letter telling them a little bit about myself and my family and my pers-- past work experience.  And I handed it out to the people that were in that meeting, everyone read it, and Susan made a comment, actually: "You actually wrote this?"  I took it personal like -- almost like she didn't feel like I was competent enough to write a good cover letter.

      And I responded "Well, I" -- "well, actually, I wrote most of it, but I had some help from my wife and a good friend of mine."

Q    So are you --

A    So I took that personal, yes.

Q    Are you suggesting that that's an example of racial

**41**

your signature dated 3-7-15?

A    Yep.

Q    And it says that you received the City's Personnel Policies.  Did you receive the Personnel Policies of the City?

A    I must have if I signed it, yeah.

Q    And the third paragraph says, (as read):  "It is important to understand that these policies do not create an employment contract or a guarantee of employment of any specific duration between the City and its employees."

Did I read that correctly?

A    Yes.

Q    When you were hired by the City under what circumstances did you understand that you could be let go?

A    Nothing was said, but it goes without saying if you don't perform, if you don't do the job that they're asking you to do, you get let go.

Q    Okay.  Did you have any other understanding as to the circumstances under which you could be let go?

A    No.

Q    You understand that the City of Entiat eliminated the park supervisor job?

A    I'm not exactly sure if there still is a park

**44**

JOSE QUEZADA URIEL OLMOS

supervisor job.  I bel-- I -- I know it was eliminated when I was terminated, but I'm not sure if there's a new one there.

Q   Okay.  Do you have facts to suggest that your position wasn't eliminated?

A   I don't know.

Q   Okay.  Why did you decide to apply with the City of Entiat while you were still working at Alcoa?

A   I wanted to be part of our community and work closer to home and make a difference.

And, actually, Mike Herdt called me, I believe it was October or November, it was sometime around Thanksgiving, prior to me starting the following -- I think I started there in March, and he told me that they were gonna get funding for a park supervisor.  He asked me if I would be interested.  He felt like I would be a good candidate for that position.  He told me, you know, "You're gonna take a big pay cut, but I'm possibly leaving here in the near future.  You could be -- you could be a candidate for the next Public Works Director.  And the more certifications you get, it'll bump up your pay."  And I believe it was about a hundred dollars per certification I got.

And at the time when I talked to him, like I said, October/November I told him I'd be interested.

45

"Keep me in the loop.  If that position becomes available, let me know and I'll go through the" -- "through the process."

And that position became available.  I applied for it, turned in my application, went through the interview process, and they hired me for that job.

Q  Okay.  So you hired on for $2,000 a month with the City of Entiat?

A  Sounds about right, yeah.

Q  Okay.  And you had made approximately $90,000 a year including overtime work at Alcoa?

A  I wouldn't say 90 a year.  I did make about 90 my last year.

Q  By the time you left you were making $90,000 a year, but you decided you wanted to work for Entiat for 2,000 a month?

A  Yes.

Q  So can I conclude from that that you weren't really happy with your job at Alcoa?

A  Oh, I was happy.

MR. KANE:  Object to form.

A  I was happy with my job.

Q  Okay.  You've got a wife and three children and you're willing to go from up to $90,000 a year to a job that pays 24,000 a year; is that right?

**46**

JOSE QUEZADA URIEL OLMOS

A    That's right.

Q    So you say Mike Herdt was the one that told you that the job was gonna be opened?

A    Uh-huh.  He said it -- he would possibly get funding. It was almost a for sure thing, but nothing was set in stone, but they were gonna get funding for a park supervisor.

Q    Okay.  And how did you learn about the job actually opening?

A    I don't remember.  I don't remember if it was a phone call.  It could have been a phone call from Mike.  It could have been an advertisement in the newspaper.  I really don't remember.  It might have been a newspaper ad.

Q    Okay.  And then you put in your application and then you had -- were you interviewed?

A    Uh-huh.

Q    Can you say "yes" or "no"?

A    Yes.

Q    Do you know whether any other people were interviewed?

A    Yes.

Q    How many other people to your knowledge?

A    I don't know.  I know the day I interviewed there was someone either right before me or right after.  But there was two -- me and another person interviewed

**47**