4

106

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

IN AND FOR THE COUNTY OF CHELAN

-------------------------------------------------------

JOSE QUEZADA,                          )
                                       )
              Plaintiff,               )
                                       )
        vs.                            ) No. 16-2-00055-4
                                       )
CITY OF ENTIAT,                        )
                                       )
              Defendant.               )
                                       )
-------------------------------------------------------

DEPOSITION UPON ORAL EXAMINATION

OF

KEITH W. VRADENBURG

-------------------------------------------------------


Date:               March 14, 2017

Location:           Lacy Kane, P.S.
                    300 Eastmont Avenue
                    East Wenatchee, Washington  98802


Start Time:         8:58  a.m.
End Time:           10:03 a.m.


REPORTED BY:        CHARLENE M. BECK, CCR, RPR
                    CCR # 2543

**1**

Q    What --

A    PR.

Q    What would she handle on a daily basis that you were left out of the loop on?

A    Just things were -- you know, she'd make some decisions and I wouldn't find out about it for a couple days, which was in her job description and purview, but I wanted to be kept in the loop so I wouldn't get surprises.

Q    Would you often get surprises?

A    Not often.  But once was enough.

Q    And you worked with Mr. Quezada at the City of Entiat?

A    Jose, yes.

Q    Jose.  And what was his position?

A    He was hired as a park supervisor at the time.

Q    And what was that position?  What job duties did it entail?

A    We had just taken over the park from -- Chelan County had just remodeled it.  And we figured that we needed somebody down there in charge of the park to take some of the pressure off our Public Works Director.  So we interviewed several candidates and hired Jose.

Q    And the Public Works Director at the time was Susan Driver?

A    No.  It was Mike Herdt.

**9**

KEITH W. VRADENBURG

Q    Mike Herdt, okay.

A    And he still is.

Q    I might need further clarification with all these different position names --

A    Yeah, they're --

Q    -- also.

A    Cities have -- and we don't have near as many as, say, the bigger cities do, but we still have them, so...

Q    Okay.  So Susan Driver was the City Administrator --

A    Right.

Q    -- Planner?

     Okay.  Did you hire Jose?

A    The City hired Jose, but I was in on it.  I sat in on the interviews.

Q    Who made the ultimate decision to hire him?

A    Susan Driver.

Q    Was that based upon your recommendations?

A    Yes.  We had a committee of four of us that did the interviews and...

Q    Who was on that committee?

A    Myself, Susan Driver, Mike Herdt.  And I can't remember if -- we changed our City Clerks about that time, so it might have been Ron Hupp, but it might have been Linda -- I -- it was in that area we were changing clerks.  So there were four us.  I'd have to

**10**

KEITH W. VRADENBURG

employment with Entiat would last?

A    I was kind of in the loop.  I talked to Jose.  We talked about how I would like him to get his certifications, you know, water and sewer; make himself more valuable to the City; and we needed those certifications.

Q    Did he ever get those certifications?

A    No, not while -- he would have had to start working on them.  It takes about a year plus to get the water and a year and a half to two to get the sewer certifications.

Q    So on hiring him was it planned that he would get water and sewer certifications?

A    Yes.

Q    And how long was he employed with Entiat then?

A    Slightly less than six months.  I'm not actually sure of the entire length, but it was just short of six months.

Q    Given that it takes -- you said for the sewer it takes how long to get the certification?

A    Sewer would be two years.  We always try to start them on water first.  Sewer (sic) takes about a year.  It depends on how fast they want to work.  But we always try to allow a year to give them enough ample time for the testing and the classes and...

**12**

KEITH W. VRADENBURG

A    No.  Well, not for the City, anyway.

Q    Did she directly supervise Jose in any of those jobs?

A    No.  But, again, you're asking me questions I have no knowledge of, so...

Q    Did Jose have any performance issues while working for the City of Entiat?

A    Not to my knowledge.

Q    Was he ever given any raises?

A    Given raises?

Q    Yes.

A    We give a raise at the end of the probationary period, so I -- I'd have to say no.

Q    Did Susan Driver ever talk to you about terminating Jose?

A    No.  We talked about the -- the position.

Q    Was Jose ever terminated?

A    Well, yes, I'm assuming so.  I mean, he's...

Q    Did Susan ever try to terminate him before his formal termination?

A    I can't answer that.  I don't know.

Q    Did she ever talk to you that she disapproved of him working for the City of Entiat?

A    Not in that sense, no.

Q    What sense did she talk to you then in?

A    Basically she just talked -- we talked about the

**17**

KEITH W. VRADENBURG

position, that we felt that -- you know, towards the end we sat down and evaluated if we needed a -- you know, a park supervisor, yes or no, and...

Q    Is there currently a park supervisor position --

A    No.

Q    -- with Entiat?

So that position was eliminated?

A    Yes.

Q    Why was it eliminated?

A    Costs and the staff could handle it inhouse.

Q    Who decided to eliminate the position?

A    Mike Herdt, Susan and I.  We sat down and decided that that would not be a position.  And we haven't filled it since.

Q    Was it part of a reorganization?

A    Yes, somewhat.

Q    Were any additional positions created in that reorganization?

A    No.  But we did use part-- and we were using some part-time help when Jose was there too.  So we went to some part-time help just for the four or five months the parks were open.

Q    Was Jose offered any of that part-time help?

A    I don't know.

Q    If he was, would you have been informed that he was?

**18**

KEITH W. VRADENBURG

A    You're on a pedestal up there and everybody shoots at you kind of. Anything that happens you're the one that has to, you know...

Q    Uh-huh.

A    So...

Q    And were any staff meetings held regarding the elimination of Jose's position?

A    We have staff meetings about once a quarter. And we did have -- oh, not as such as eliminating the park -- field supervis-- or park supervisor. We did have a staff meeting on that, but that was just the supervisors. And I sat in on that one, so...

Q    And you said Jose worked under a probationary period?

A    Yes. All of our -- all of our hires are on a probationary period that's set for so long.

Q    Are probationary periods ever extended?

A    As needed.

Q    Was Jose's probationary period ever extended?

A    It was extended to six months so he could work through the summer and not get, you know...

Q    So was it extended to six months from three months?

A    Yes.

Q    Was it extended beyond six months?

A    No.

Q    And why was it extended to six months?

20

KEITH W. VRADENBURG

A    In my -- my mi-- mind, to give a fair shake.

Q    Could you repeat that.  I think I misunderstood your answer.

A    In my mind it was to give him --

Q    Okay.

A    -- a fair shake, make sure he -- you know.  I mean, this is a -- was a big position at the time.

Q    And what did you mean by "giving him a fair shake"?

A    At three months we -- he would have just started the park operations.

Q    Okay.

A    All right.  He was hired in -- I don't remember when he was hired, but he -- he was hired before the park opened.

Q    Okay.

A    And at three months he would have just gotten into it.  And I don't believe that would have been fair, so I extended it to six months so it -- you know, we could see during the summer, because he was supervising.  We had some temporary positions.  Four, I believe.  Maybe four.

Q    And so during the first three months he wasn't actually performing the job functions that you --

A    I -- I -- well, part of the first three months he was.  Part of the time we were getting ready to open.  I'm

21

not -- I don't remember the hire date, so...

But I knew he was hired before the park was opened.

Q Sir, we'll have to try not to speak at the same time.

A Oh, I'm sorry.

Q No problem.  It's understandable.

And so during the second three months the park was open and you could witness him perform his actual job duties; is that --

A Or at least his supervisors could.

Q Okay.

A Because that's not, I don't believe, my task to be a supervisor.

Q Did anyone ever come to you and say they were unhappy with Jose's work performance?

A Not to me.

Q Do you know of anyone -- did you hear that anyone wasn't happy with Jose's work performance?

A I did hear through the grape vine or hear that, yes, Susan wasn't happy with it, but I don't -- that's about all I can say.

Q Do you know why she wasn't happy with it?

A No.

Q Are you aware of any reason as to why she could have been unhappy with it?

**22**

KEITH W. VRADENBURG

A    I'm not.

Q    Did Mike Herdt, who directly supervised him, ever tell you that he was unhappy with his work performance?

A    No.

Q    Do you know if he was ever unhappy with his work performance?

MR. BAKER:  Object to the form of the question.

A    You'd have to ask Mike on that.  He didn't ever discuss it with me.

Q    Do you know if Jose ever used his cell phone while he was working when he wasn't supposed to?

A    Do I know?

Q    Yes.

A    No.  But, you know, I wasn't his direct supervisor, so I wasn't around all the time.

Q    Is it against the City of Entiat policy to use your cell phone while you're working?

A    While you're driving.  But, I mean, they have breaks and stuff, you know.

Q    Where it's not an issue?

A    Yeah.

Q    I'm just -- I mean, I'm not saying it applies at all, but I'm just saying, like, for example, working here we use our cell phones frequently, and it's not an

**23**

KEITH W. VRADENBURG

issue.  It's just common practice now.

Was it common practice for someone to look at or use their cell phone while they were employed at the City of Entiat?

A    Yes.

MR. BAKER:  Object to the form of the question.

Q    Did you ever have any concerns that Jose was not working when he was supposed to?

A    One time.  I had sat down with Mike and I said, you know, "We need Jose there on the weekends."  And there was one weekend it was brought to my attention that Jose wasn't there, but then I had found out later he had -- I don't know if he got it before or after, but Mike had given him the okay.  Because he's the supervisor.  He sets up the schedules.  And -- and my belief is you put good people in like supervisors and they run it.  You don't tell them what to do as long as it works.  If it doesn't work, then I would change, you know, that position.

Q    So the leave that weekend had been okayed by Jose's supervisor?

A    I think after the fact.  But, again, we did discuss it and say that I needed Jose down there on the weekend because that was the time the park's most busy,

**24**

KEITH W.  VRADENBURG

Thursday, Friday, Saturday nights and Sundays.

Q   And what do you mean by "after the fact"?

A   Well, the -- I was told later, you know, not during the time, but I was told then when I talked to Mike that he had said -- he had talked with Jose and was straightening it out and he said that he had given him -- it was okay for him to miss a day or two there.

Q   And you said you --

A   But it wasn't -- that was what I was told.

Q   So did you have any problem with Jose missing that day of work on the weekend?

A   Well, just the fact that I told Mike that he's -- he needed to be there on the weekends.  And that was part of his schedule to schedule him.  As park supervisor you've got to be there at the busiest times.

Q   So was your issue more with Mike or Jose?

A   Probably -- probably with Mike.  He's the supervisor. And it's his job to regulate and give the daily work schedules and the whole works, schedule.

Q   Did anyone ever call the City of Entiat and complain about Jose?

A   Not to me personally, no.

Q   Did they to any other City of Entiat employee?

A   You'd have to talk to the clerks because they get all the phone calls and route them back to us.  And I'm

25

KEITH W. VRADENBURG

have gotten new jobs that we had last summer, Dave Sanford and the -- the one gentleman's wife is a music teacher at the school.  And I can't remember his name.  Harden, I think.  Okay.  He's now working for the school full time.

Q  So they left their jobs with Entiat for --

A  Well, no.  They -- they were -- at the end of the summer they were terminated.  But during the winter -- or fall/winter, whenever, the school hired Mr. Harden.  Then David Sanford is a -- got a job now too.  He drives school bus.  Plus he's, I believe, the youth pastor at one of the churches.

Q  Okay.  And whose idea was it initially to eliminate the park supervisor position?

A  We sat down and evaluation -- actually, Susan or Mike did first.  And then I sat down and we discussed it as:  Was it needed?  Do we need that position?  And we decided that, you know, that position wasn't completely necessary.

Q  Was it eliminated in order to terminate Jose?

A  Not to my knowledge.

Q  And what do you -- could you elaborate more on what you mean by "not to your knowledge"?

A  I -- we discussed just eliminating the park supervisor position.

**32**

KEITH W. VRADENBURG

Q Okay.

A Not any other positions. Just that park supervisor.

Q Okay. You may have brought it up earlier, but did Susan Driver ever tell you that she wanted to get rid of Jose?

A No.

Q Were any special meetings ever held regarding Jose's employment with the City of Entiat?

A Not with me. But, again, I wasn't the City Administrator. So no, I -- I would say -- not with me. I can answer it that way.

Q Do you know if they were ever held with anyone else?

A No. Remember, I'm -- I'm part time.

Q Okay. Was part of the elimination of Jose's position due to the fact that the City of Entiat needed to have two employees that had water certification?

A Well, we -- we're trying to get all of our employees to get those certifications. When we'd hired Jose I'd talked to Jose about getting them, and he was very willing to get those certificates. It was gonna take time and he had to get it into that deal. And that would have been something that his supervisor, Mike Herdt, would have set up and scheduled, try to get into the classes. You got to know the dates they start, where they're at.

**33**

KEITH W. VRADENBURG

anybody apply for any of the positions, park supervisor. And we also advertised for somebody with water and certs to apply, but nobody did. They're very hard to come by, by the way.

Q So did you re-advertise the parks supervisor position again then after this?

A No.

Q What position specifically did you advertise?

A We didn't advertise any after this. I decided that we didn't need more Public Works. I was just -- budget-wise. So we didn't advertise. But I did call in Mark and Martin and tell them I -- they needed to get one of the certifications. Martin got the sewer certification. Mark didn't get any certifications.

     So her recommendation was to advertise at a higher person right away with the certifications.

     We were fortunate because our previous Public Works Director was in the area. And I had kept him on as a consultant for a little bit so if something did happen, he could come in, because he was certified, and do the tests --

Q And --

A -- until Mark got his certification.

Q And it says, "additional public works positions." Was Ms. Driver proposing to add more than one Public Works

**36**

KEITH W. VRADENBURG

Q   And who do you mean by "staff"?

A   Everybody.  We're small so we bring in Public Works people, clerks, everybody, try to do that once a quarter, to discuss if there's any -- if they have any questions, and each -- each supervisor gives a little report on his area, and then each person gets to say something if they want to about their area or whatever, where -- wherever they're working or...

We try to give them a sounding board if they are not satisfied or if they -- you know, whatever.

Q   So was this given to describe to them what went on during the council meeting?

A   I mean, this was handed out to everybody that was present.  I don't think we discussed the council meeting, but we -- this was handed out by Susan.  And this was some of her recommendations.  Like John DeFrees, I did not want him to be hired.  She wanted to hire him as a part-time person.  And...

Q   So when was the decision to eliminate the park supervisor position formally made?

A   Basically just before the council meeting.  We went over the costs and the revenues and expenditures, what was going on.

Q   And what council meeting are you referring to?

A   The August 13th.  This one, whatever date that council

40