Corey M. Kane
Lacy Kane, P.S.
300 Eastmont Avenue
East Wenatchee, WA 98802
Phone: (509) 884-9541
Fax:    (509) 884-4805
corey@lacykane.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

JOSE QUEZADA,

                    Plaintiff,

        v.

CITY OF ENTIAT and SUSAN DRIVER, individually,

                    Defendants.

_____

No. 2:18-cv-00118-RMP

DECLARATION OF COREY M. KANE SUPPORTING PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Honoroable Rosana Malouf Peterson
Hearing Date:  August 17, 2018 at 2:30 p.m.

WITHOUT ORAL ARGUMENT

1.      I, Corey M. Kane, state the following based upon personal knowledge and that I am competent to testify as to the matters stated herein.

2.      I am the attorney of record for the Plaintiff in this matter.

3.      Attached hereto as Exhibit A is a true and correct copy of the Deposition of

DECLARATION OF COREY M. KANE SUPPORTING
PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
c4:Z:\QUEZADA-J.emp\Pleadings\Summary Judgment\DecCMK.wpd  1

**LACY KANE & KUBE**
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805

Carol Ann McLester taken on March 14, 2017.

4.     Attached hereto as Exhibit B is a true and correct copy of the Deposition of Keith W. Vradenburg taken on March 14, 2017.

5.     Attached hereto as Exhibit C is a true and correct copy of the Deposition of Susan Driver taken on February 6, 2018.

6.     Attached hereto as Exhibit D is a true and correct copy of the employment offer letter by the City of Entiat dated February 10, 2015.

7.     Attached hereto as Exhibit E is a true and correct copy of the Deposition of Jose Quezada taken on March 14, 2017.

8.     Attached hereto as Exhibit F is a true and correct copy of the City of Entiat Employee Evaluation and Goals for Jose Quezada dated June 12, 2015, as drafted by Susan Driver.

9.     Attached hereto as Exhibit G is a true and correct copy of Driver's written basis for the termination of Jose Quezada dated September 15, 2015.

Pursuant  to 28 U.S.C § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, as well as all of the factual matters asserted in the Motion to which this Declaration supports, to the best of my knowledge.

Dated this 29th day of June, 2018.

DECLARATION OF COREY M. KANE SUPPORTING
PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
c4:Z:\QUEZADA-J.emp\Pleadings\Summary Judgment\DecCMK.wpd 2

**LACY KANE & KUBE**
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805

LACY KANE & KUBE, P.S.


s/Corey M. Kane
COREY M. KANE, WSBA #49710
Lacy Kane & Kube, P.S.
300 Eastmont Ave.
East Wenatchee, WA 98802
(P) 509-884-9541
(F) 509-884-4805
(E) Corey@lacykane.com

DECLARATION OF COREY M. KANE SUPPORTING
PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
c4:Z:\QUEZADA-J.emp\Pleadings\Summary Judgment\DecCMK.wpd 3

**LACY KANE & KUBE**
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

James E. Baker
jbaker@jmlawps.com

LACY KANE & KUBE, P.S.

s/ Corey M. Kane
COREY M. KANE, WSBA #49710
Attorney for Plaintiffs
Lacy  Kane & Kube, P.S.
300 Eastmont
East Wenatchee, WA 98802
Telephone: (509) 884-9541
Fax: (509) 884-4805
Email: corey@lacykane.com

DECLARATION OF COREY M. KANE SUPPORTING
PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
c4:Z:\QUEZADA-J.emp\Pleadings\Summary Judgment\DecCMK.wpd 4

**LACY KANE & KUBE**
300 Eastmont Avenue
East Wenatchee, WA 98802
(509) 884-9541 ◆ Fax: (509) 884-4805